**<u>Exhibit D</u>**

**Budget**

**Claire's Weekly DIP Budget - U.S. / Debtors**

| ($ in 000s) | | Fcst 3/16/18 Week 1 | Fcst 3/23/18 Week 2 | Fcst 3/30/18 Week 3 | Fcst 4/6/18 Week 4 | Fcst 4/13/18 Week 5 | Fcst 4/20/18 Week 6 | Fcst 4/27/18 Week 7 | Fcst 5/4/18 Week 8 | Fcst 5/11/18 Week 9 | Fcst 5/18/18 Week 10 | Fcst 5/25/18 Week 11 | Fcst 6/1/18 Week 12 | Fcst 6/8/18 Week 13 | 13-Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | Store Receipts | 16,345 | 14,719 | 14,110 | 14,485 | 13,985 | 15,256 | 13,543 | 13,264 | 13,554 | 13,786 | 13,690 | 14,581 | 14,574 | 185,891 |
| (2) | Franchise | 692 | 0 | 373 | 499 | 360 | 80 | 949 | 317 | 196 | 119 | 165 | 825 | 33 | 4,606 |
| (3) | Concessions | 45 | 7 | 7 | 7 | 43 | 53 | 25 | 32 | 33 | 166 | 127 | 128 | 129 | 802 |
| (4) | All Other Receipts | 384 | 61 | 463 | 305 | 130 | 57 | 58 | 338 | 63 | 120 | 60 | 413 | 62 | 2,516 |
| (5) | **Total Receipts** | 17,466 | 14,787 | 14,953 | 15,296 | 14,518 | 15,446 | 14,574 | 13,952 | 13,845 | 14,191 | 14,042 | 15,946 | 14,799 | 193,816 |
| (6) | Merch/Frt/Cust (ex RSI) | (6,515) | (4,492) | (3,727) | (2,534) | (2,926) | (2,762) | (2,735) | (1,033) | (4,320) | (3,882) | (5,629) | (4,783) | (4,527) | (49,864) |
| (7) | Occupancy | (68) | (7) | - | (19,198) | (27) | (4) | (24) | (12,774) | (27) | (33) | (38) | (12,921) | (4) | (45,126) |
| (8) | Payroll | (4,806) | (3,802) | (3,176) | (3,871) | (3,375) | (4,390) | (3,420) | (3,907) | (3,415) | (3,810) | (3,320) | (3,840) | (3,547) | (48,679) |
| (9) | Gen Exp | (2,284) | (4,651) | (2,384) | (3,447) | (1,809) | (5,321) | (1,943) | (1,559) | (4,523) | (1,478) | (5,169) | (2,530) | (1,531) | (38,628) |
| (10) | **Op Disbursements** | (13,673) | (12,952) | (9,287) | (29,049) | (8,137) | (12,477) | (8,121) | (19,273) | (12,285) | (9,203) | (14,156) | (24,073) | (9,609) | (182,296) |
| (11) | **Operating CF** | 3,793 | 1,835 | 5,666 | (13,754) | 6,381 | 2,968 | 6,453 | (5,322) | 1,560 | 4,988 | (113) | (8,127) | 5,190 | 11,519 |
| (12) | Capex | (795) | (120) | (108) | (125) | (129) | (333) | (150) | (133) | (437) | (567) | (405) | (325) | (378) | (4,006) |
| (13) | Corporate taxes | - | - | 0 | - | - | - | - | - | - | (2,609) | - | - | - | (2,609) |
| (14) | I/C (to)/from the US | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| (15) | I/C (to)/from the EU | (6,000) | - | - | - | - | - | - | - | - | - | - | - | - | (6,000) |
| (16) | I/C (to)/from Canada | 2,900 | - | - | 3,000 | - | 1,000 | - | 500 | - | 1,500 | - | 750 | - | 9,650 |
| (17) | Interest & Fees | (1,331) | (3,220) | (614) | (253) | - | - | (445) | - | - | (1,675) | - | (520) | - | (8,058) |
| (18) | **Non-Op Disbursements** | (5,226) | (3,339) | (722) | 2,621 | (129) | 667 | (150) | (78) | (437) | (3,352) | (405) | (95) | (378) | (11,024) |
| (19) | **Book CF Before Revolver & Restructuring** | (1,432) | (1,505) | 4,944 | (11,133) | 6,253 | 3,635 | 6,302 | (5,400) | 1,123 | 1,636 | (518) | (8,222) | 4,811 | 496 |
| | **Restructuring Charges (not measured)** | | | | | | | | | | | | | | |
| (20) | Foreign / CV / 503b9 + Trade Contraction | - | (7,484) | (6,484) | (6,484) | (6,059) | (6,059) | (6,059) | - | 500 | 500 | 500 | 500 | 500 | (36,131) |
| (21) | Professional Fees - Total | (5,799) | - | - | - | (816) | - | (1,525) | (257) | (1,861) | - | - | - | (2,582) | (12,839) |
| (22) | KERP / KEIP | - | - | - | - | - | - | (2,500) | - | - | - | - | - | - | (2,500) |
| (23) | Misc. Restructuring | (4,141) | (500) | (1,000) | - | - | - | - | - | - | - | - | - | - | (5,641) |
| (24) | Cash Collateralization of LCs | - | (3,680) | - | - | - | - | - | - | - | - | - | - | - | (3,680) |
| (25) | **Restructuring Charges** | (9,940) | (11,664) | (7,484) | (6,484) | (6,875) | (6,059) | (7,584) | (2,757) | (1,361) | 500 | 500 | 500 | (2,082) | (60,791) |
| (26) | **Beginning Cash** | 49,350 | 38,497 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 49,350 |
| (27) | Book CF Before Revolver | (1,432) | (1,505) | 4,944 | (11,133) | 6,253 | 3,635 | 6,302 | (5,400) | 1,123 | 1,636 | (518) | (8,222) | 4,811 | 496 |
| (28) | Chg in InTransit/Committed & Float | 520 | (1,548) | 1,937 | 16,013 | (16,297) | (1,879) | (760) | 11,350 | (9,848) | (1,391) | 645 | 11,630 | (12,125) | (1,753) |
| (29) | Restructuring Charges | (9,940) | (11,664) | (7,484) | (6,484) | (6,875) | (6,059) | (7,584) | (2,757) | (1,361) | 500 | 500 | 500 | (2,082) | (60,791) |
| (30) | Revolver Borrowing / (Payment) | - | (48,780) | 604 | 1,604 | (13,080) | 4,303 | 2,041 | (3,194) | 10,086 | (746) | (627) | (3,908) | 9,396 | (42,301) |
| (31) | DIP Term Loan Principal | - | 30,000 | - | - | 30,000 | - | - | - | - | - | - | - | - | 60,000 |
| (32) | **Ending Cash** | 38,497 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| (33) | **Beginning Revolver** | 71,000 | 71,000 | 22,220 | 22,824 | 24,428 | 11,348 | 15,651 | 17,692 | 14,498 | 24,584 | 23,839 | 23,211 | 19,304 | 71,000 |
| (34) | Borrowing/Repayment | - | (48,780) | 604 | 1,604 | (13,080) | 4,303 | 2,041 | (3,194) | 10,086 | (746) | (627) | (3,908) | 9,396 | (42,301) |
| (35) | **Ending Revolver** | 71,000 | 22,220 | 22,824 | 24,428 | 11,348 | 15,651 | 17,692 | 14,498 | 24,584 | 23,839 | 23,211 | 19,304 | 28,699 | 28,699 |

**Notes**

1 - Measured disbursements for covenant purposes are assumed to include Operating Disbursements (10), Cap Ex (12), Corporate taxes (13), and Interest & Fees (17).

2 - Intercompany transfers and Restructuring Charges are excluded from covenant testing.

**Liquidity Forecast**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (36) | Lower of $75M or BB Less Reserves of $9.4M | 69,331 | 69,331 | 69,331 | 69,817 | 69,817 | 69,817 | 69,817 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | | 75,000 |
| (37) | Less Availability Block of 12.5% | (8,666) | (8,666) | (8,666) | (8,727) | (8,727) | (8,727) | (8,727) | (9,375) | (9,375) | (9,375) | (9,375) | (9,375) | | (9,375) |
| (38) | **Available Borrowing Capacity** | 60,665 | 60,665 | 60,665 | 61,090 | 61,090 | 61,090 | 61,090 | 65,625 | 65,625 | 65,625 | 65,625 | 65,625 | | 65,625 |
| (39) | Less Outstanding Balance | (22,220) | (22,824) | (24,428) | (11,348) | (15,651) | (17,692) | (14,498) | (24,584) | (23,839) | (23,211) | (19,304) | (28,699) | | (28,699) |
| (40) | **Availability** | 38,444 | 37,840 | 36,237 | 49,742 | 45,439 | 43,398 | 46,592 | 41,041 | 41,786 | 42,414 | 46,321 | 36,926 | | 36,926 |
| (41) | Ending Cash | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | | 5,000 |
| (42) | **Total Liquidity** | 43,444 | 42,840 | 41,237 | 54,742 | 50,439 | 48,398 | 51,592 | 46,041 | 46,786 | 47,414 | 51,321 | 41,926 | | 41,926 |