> **THIS MOTION SEEKS TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY.  PARTIES RECEIVING THIS OMNIBUS MOTION SHOULD REVIEW THE MOTION TO SEE IF THEIR NAME(S) AND/OR LEASE(S) ARE SET FORTH IN THE MOTION AND/OR THE EXHIBITS ATTACHED THERETO TO DETERMINE WHETHER THE MOTION AFFECTS THEIR LEASE(S).**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                          :
In re                                     :        Chapter 11
                                          :
CLAIRE'S STORES, INC., et al.,            :        Case No. 18– _____
                                          :
                          Debtors.¹       :        (Joint Administration Requested)
                                          :
------------------------------------------------------------ x
```

## OMNIBUS MOTION OF DEBTORS FOR ENTRY OF ORDER (I) AUTHORIZING DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) ABANDON *DE MINIMIS* PROPERTY IN CONNECTION THEREWITH AND (II) GRANTING RELATED RELIEF

Claire's Stores, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows in support of this motion (the "**Motion**"):[2]

### Relief Requested

1.      By this Motion, the Debtors request, pursuant to sections 365 and 554(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Claire's Inc. (6919); Claire's Stores, Inc. (0416); Claire's Puerto Rico Corp. (6113); CBI Distributing Corp. (5574); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); BMS Distributing Corp. (4117); and CSI Canada LLC (7936).  The Debtors' corporate headquarters and service address is 2400 West Central Road, Hoffman Estates, Illinois 60192.

[2] The facts and circumstances supporting the relief requested herein are set forth in the First Day Declaration (as defined herein) filed contemporaneously herewith.  Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the First Day Declaration.

Rules 6006 and 6007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), entry of an order (i) authorizing the Debtors to (a) reject the Vacant Store Leases (as defined herein), each effective *nunc pro tunc* to the Commencement Date (as defined herein), (b) reject the Closing Store Leases (as defined herein), each effective as of the Rejection Date (as defined herein), and (c) abandon any Remaining Property (as defined herein), and (ii) granting related relief.

2.    A proposed form of order granting the relief requested herein is annexed hereto as **<u>Exhibit A</u>** (the "**Proposed Order**").  A schedule identifying and describing the Vacant Store Leases (as defined herein) is annexed to the Proposed Order as **<u>Schedule 1</u>**.[3]  A schedule identifying and describing the Closing Store Leases (as defined herein) is annexed to the Proposed Order as **<u>Schedule 2</u>**.[4]

**<u>Jurisdiction</u>**

3.    The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware  (the "**Local Rules**"), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[3] The Debtors reserve all rights to modify the schedule of Vacant Store Leases, including by removing one or more leases from **<u>Schedule 1</u>** without prejudice to their rights to reject such leases at a later date.

[4] The Debtors reserve all rights to modify the schedule of Closing Store Leases, including by removing one or more leases from **<u>Schedule 2</u>** without prejudice to their rights to reject such leases at a later date.

## Background

4.     On the date hereof (the "**Commencement Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

5.     Contemporaneously herewith, the Debtors have filed a motion requesting joint administration of their chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

6.     Additional information regarding the Debtors' businesses, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Scott E. Huckins in Support of Debtors' Chapter 11 Petitions and First Day Relief* (the "**First Day Declaration**"), filed contemporaneously herewith and incorporated herein by reference.

## The Leases

7.     As part of their ongoing restructuring efforts, the Debtors are engaging in a comprehensive review and analysis of their lease portfolio.  By this Motion, the Debtors, in their reasonable business judgment, seek to reject three (3) store leases (the "**Vacant Store Leases**") for store locations that were closed prior to the Commencement Date and are currently vacant (the "**Vacant Stores**").  The Debtors seek authority to reject the Vacant Store Leases *nunc pro tunc* to the Commencement Date.

8.     Prior to the Commencement Date, the Debtors also began to wind down approximately ninety-two (92) stores (the "**Closing Stores**" and, together with the Vacant Stores, the "**Underperforming Stores**").  By this Motion, the Debtors, in their reasonable business judgment, also seek to reject ninety-two (92) leases for the Closing Stores (the "**Closing Store**

Leases" and, together with the Vacant Store Leases, the "**Leases**").  The Debtors seek authority to reject the Closing Store Leases as of the date that the Debtors surrender possession of the Closing Stores to their counterparties under the Closing Store Leases (the "**Rejection Date**").

9.      After carefully evaluating the earnings, sales trends, occupancy costs, and capital- and business-planning variables surrounding each Underperforming Store, the Debtors concluded that the Underperforming Stores do not meet the requisite performance criteria to rationalize their continued operation.  Given the rents and the current market conditions in connection with the Underperforming Stores, the Debtors have concluded, in consultation with their advisors, that the Leases are not marketable and are unlikely to generate any value for the Debtors' estates.  As such, the Debtors have determined, in the exercise of their business judgment, that it is in the best interests of their estates to seek authority to reject the Leases. Rejecting the leases will allow the Debtors to avoid the accrual of unnecessary administrative expenses with no foreseeable benefits to the Debtors' estates.

## The Remaining Property

10.     During the ordinary course of business, the Debtors accumulated certain miscellaneous assets at the Underperforming Stores, including certain furniture, fixtures, and equipment of inconsequential value.  The Debtors generally will remove such assets from the Underperforming Stores and transport the assets to the Debtors' remaining retail locations.  The Debtors have determined, in the exercise of their business judgment, that certain of these assets will be exceedingly difficult or expensive to remove or store (the "**Remaining Property**").  The Debtors estimate that the Remaining Property is of *de minimis* value; therefore, the Debtors will not realize any economic benefit by retaining the Remaining Property.  Accordingly, the Debtors request authority to abandon any Remaining Property at the Underperforming Stores.

RLF1 19027826V.1

<u>**Relief Requested Should Be Granted**</u>

**A.     Rejection of the Leases Reflects the Debtors' Sound Business Judgment**

11.     Section 365(a) of the Bankruptcy Code provides that a debtor, "subject to the court's approval, may assume or reject any . . . executory contract or unexpired lease of the debtor."  11 U.S.C. § 365(a).  The purpose behind section 365(a) is "to permit the trustee or debtor-in-possession to use valuable property of the estate and to renounce title to and abandon burdensome property." *In re Republic Airways Holdings Inc.*, 547 B.R. 578, 582 (Bankr. S.D.N.Y. 2016) (quoting *Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.)*, 4 F.3d 1095, 1098 (2d Cir. 1993)); *see also In re Exide Techs.*, 607 F.3d 957, 967 (3d Cir. 2010) ("Courts may use § 365 to free a [debtor] from burdensome duties that hinder its reorganization"); *In re Bildisco*, 465 U.S. 513, 528 (1984) ("[T]he authority to reject an executory contract is vital to the basic purpose to a Chapter 11 reorganization, because rejection can release the debtor's estate from burdensome obligations that can impede a successful reorganization.").

12.     The standard applied by courts to determine whether the assumption or rejection of an unexpired nonresidential lease should be authorized is the "business judgment" test, which requires a debtor to have determined that the requested assumption or rejection would be beneficial to its estate.  *See Grp. of Institutional Inv'rs, Inc. v. Chi., Milwaukee, St. Paul & Pac. R.R.*, 318 U.S. 523, 550 (1943) (noting that "the question whether a lease should be rejected . . . is one of business judgment"); *In re Bildisco*, 682 F.2d 72, 79 (3d Cir. 1982), *aff'd*, 465 U.S. 513 ("The usual test for rejection of an executory contract is simply whether rejection would benefit the estate, the 'business judgment' test."); *accord In re HQ Glob. Holdings, Inc.*, 290 B.R. 507, 511 (Bankr. D. Del. 2003).

RLF1 19027826V.1

13.     In applying the business judgment standard, bankruptcy courts give deference to a debtor's decision to assume or reject leases. *See e.g.*, *Sharon Steel Corp. v. Nat'l Fuel Gas Distrib. Corp.*, 872 F.2d 36, 39–40 (3d Cir. 1989) (affirming the rejection of a service agreement as a sound exercise of the debtor's business judgment when the bankruptcy court found that such rejection would benefit the debtors' estate); *In re Trans World Airlines, Inc.*, 261 B.R. 103, 121 (Bankr. D. Del. 2001) ("[A] debtor's decision to reject an executory contract must be summarily affirmed unless it is the product of bad faith, or whim or caprice.").

14.     Rejection of the Leases is well within the Debtors' business judgment and will serve the best interests of their estates.  The Debtors seek authority to reject the Leases to avoid the incurrence of any additional, unnecessary expenses related to the Leases and the maintenance of the Underperforming Stores.  The Debtors have concluded that the cost of maintaining the Underperforming Stores outweighs any revenues that the Underperforming Stores currently generate or are likely to generate in the future.

15.     After evaluation and analysis, the Debtors, with the assistance of their advisors, have determined, in the exercise of their sound business judgment, that there is no net benefit that is likely to be realized from the Debtors' continued efforts to retain and market the Leases and that there is little, if any, likelihood that the Debtors will be able to realize value from the Leases.  Accordingly, the Debtors have concluded that rejection of the Leases is in the best interest of the Debtors' estates, their creditors, and other parties in interest.

**B.     Rejection of the Vacant Store Leases as of the Commencement Date Is Appropriate**

16.     Authorizing the rejection of the Vacant Store Leases *nunc pro tunc* to the Commencement Date is consistent with prior rulings of courts in this and other circuits, which have held that a bankruptcy court may authorize the retroactive rejection of a nonresidential lease

if the balance of the equities favors such retroactive rejection. See *In re Chi-Chi's, Inc.*, 305 B.R. 396, 399 (Bankr. D. Del. 2004) (acknowledging that a bankruptcy court may approve a rejection retroactive to the date the motion is filed after balancing the equities in the particular case); *In re Fleming Cos.*, 304 B.R. 85, 96 (Bankr. D. Del. 2003) (stating that rejection has been allowed *nunc pro tunc* to the date of the motion or the date the premises were surrendered); *see also Thinking Machs. Corp. v. Mellon Fin. Servs. Corp. (In re Thinking Machs. Corp.)*, 67 F.3d 1021, 1028 (1st Cir. 1995) (finding that, in the context of rejections of executory contracts, "bankruptcy courts may enter retroactive orders of approval, and should do so when the balance of equities preponderates in favor of such remediation").  Courts in this jurisdiction recently have authorized debtors to reject unexpired nonresidential leases *nunc pro tunc* to the date that the debtors filed their petitions for bankruptcy protection.  *See, e.g.*, *In re Mac Acquisition LLC*, Ch. 11 Case No. 17-12224 (MFW) (Bankr. D. Del. Nov. 13, 2017); *In re Marsh Supermarkets Holding, LLC*, Ch. 11 Case 17-11066 (BLS) (Bankr. D. Del. May 7, 2017); *In re Ltd. Stores Co.*, Ch. 11 Case No. 17-10124 (KJC) (Bankr. D. Del. Jan. 30, 2017).

17.    In this instance, the balance of the equities favors approval of the rejection of the Vacant Store Leases as of the Commencement Date.  Rejection of the Vacant Store Leases *nunc pro tunc* to the Commencement Date will allow the Debtors to avoid the unnecessary economic burden of paying rent for the Vacant Stores—which currently are closed—on an administrative expense basis.  Furthermore, the counterparties to the Vacant Store Leases will not be prejudiced by such retroactive rejection because the Debtors surrendered the respective properties to the applicable landlords long before the Commencement Date.  Accordingly, the equities weigh in favor of retroactive rejection.

**C.      Abandonment of Any Remaining Property Is Authorized by Section 554(a) of the Bankruptcy Code**

18.      Under section 554(a) of the Bankruptcy Code, a debtor, after notice and a hearing, is authorized to "abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."  11 U.S.C. § 554(a).    The right to abandon property is virtually unfettered, unless (a) abandonment of the property will contravene laws designed to protect public health and safety or (b) the property poses an imminent threat to the public's welfare. *See In re Midlantic Nat'l Bank*, 474 U.S. 494, 501 (1986).  Neither of these limitations is relevant under the instant facts.

19.      Any Remaining Property left at the Underperforming Stores is of inconsequential value to the Debtors' estates, and the costs to the Debtors of removing or storing the Remaining Property will exceed any realistic economic benefit that might be realized by retaining such property.    Accordingly, the Debtors have determined, in the exercise of their sound business judgment, that abandonment of any Remaining Property will be in the best interest of the Debtors and their estates.

## Reservation of Rights

20.      Nothing contained herein is intended or shall be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors; (iii) a waiver of any claims or causes of action which may exist against any creditor or interest holder; or (iv) an approval, assumption, or adoption of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

RLF1 19027826V.1

### Bankruptcy Rules 6004(a) and (h)

21.    To implement the foregoing successfully, the Debtors request that the Court find that notice of the Motion is adequate under Bankruptcy Rule 6004(a) under the circumstances, and waive the fourteen (14) day stay of an order authorizing the use, sale, or lease of property under Bankruptcy Rule 6004(h).   As explained above and in the First Day Declaration, the relief requested herein is necessary to avoid immediate and irreparable harm to the Debtors.   Accordingly, ample cause exists to justify finding that the notice requirements under Bankruptcy Rule 6004(a) have been satisfied and to grant a waiver of the fourteen (14) day stay imposed by Bankruptcy Rule 6004(h), to the extent such notice requirements and such stay apply.

### Notice

22.    Notice of this Motion will be provided to (i) the Office of the United States Trustee for the District of Delaware; (ii) the holders of the thirty (30) largest unsecured claims against the Debtors on a consolidated basis; (iii) counsel to the DIP Agent; (iv) counsel to the Ad Hoc First Lien Group; (v) the Prepetition ABL Agent; (vi) the Prepetition RCF Agent; (vii) the First Lien Term Loan Agent; (viii) the 9.000% First Lien Notes Trustee/Collateral Agent; (ix) the 6.125% First Lien Notes Trustee/Collateral Agent; (x) the Second Lien Notes Trustee/Collateral Agent; (xi) the Unsecured Notes Trustee/Collateral Agent; (xii) the Internal Revenue Service; (xiii) the United States Attorney's Office for the District of Delaware; (xiv) the Securities and Exchange Commission; (xv) the landlords and any sublease counterparties under the Leases; (xvi) any party known to assert an ownership interest in, or that has filed a UCC-1 statement against, personal property located at the leased premises for each Lease; and (xvii) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "**Notice Parties**").

23.     While Bankruptcy Rule 6007 requires the Debtors to serve a motion to abandon property on, among others, all of the Debtors' creditors, Local Rule 2002-1(b) abrogates that rule.  Accordingly, the Debtors respectfully submit that no further notice is required.  No previous request for the relief sought herein has been made by the Debtors to this or any other court.

[*remainder of page intentionally left blank*]

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: March 19, 2018
      Wilmington, Delaware

*/s/ Zachary I Shapiro*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
Brett M. Haywood (No. 6166)
One Rodney Square
910 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (*pro hac vice* admission pending)
Matthew S. Barr (*pro hac vice* admission pending)
Ryan Preston Dahl (*pro hac vice* admission pending)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---

------------------------------------------------------------ x
In re                                          :        **Chapter 11**
                                               :
**CLAIRE'S STORES, INC.,** *et al.*,            :        **Case No. 18– _____**
                                               :
                                               :
**Debtors.**[1]                                 :        **(Jointly Administered)**
------------------------------------------------------------ x

### ORDER (I) AUTHORIZING DEBTORS TO (A) REJECT
### CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL
### PROPERTY AND (B) ABANDON *DE MINIMIS* PROPERTY IN
### CONNECTION THEREWITH AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[2] of Claire's Stores, Inc. and its debtor affiliates,

as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively,

the "**Debtors**"), for entry of an order (i) authorizing the Debtors to (a) reject the Vacant Store

Leases, each effective *nunc pro tunc* to the Commencement Date, (b) reject the Closing Store

Leases, each effective as of the Rejection Date, and (c) abandon any Remaining Property, and

(ii) granting related relief, all as more fully set forth in the Motion; and the Court having

jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C.

§§ 157(a)–(b) and 1334(b), and the *Amended Standing Order of Reference from the United

States District Court for the District of Delaware*, dated February 29, 2012; and consideration of

the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and

venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Claire's Inc. (6919); Claire's Stores, Inc. (0416); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Puerto Rico Corp. (76113); and CSI Canada LLC (7936).

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

proper notice of the Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and this Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and upon the First Day Declaration; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.      The Motion is granted to the extent set forth herein.

2.      Pursuant to section 365 of the Bankruptcy Code, the Vacant Store Leases identified on **Schedule 1** attached hereto are hereby rejected *nunc pro tunc* to the Commencement Date.

3.      Pursuant to section 365 of the Bankruptcy Code, the Closing Store Leases identified on **Schedule 2** attached hereto are hereby rejected as of the Rejection Date of each Closing Store Lease.  For the avoidance of all doubt, the Rejection Date of each Closing Store Lease shall be the date on which the Debtors surrender possession of the Closing Store to their counterparty under such Closing Store Lease.

4.      The Debtors do not waive any claims that they may have against any counterparty to the Leases, whether or not such claims arise under, are related to the rejection of, or are independent of the Leases.

5.      The Debtors are authorized to abandon any Remaining Property located at the Underperforming Stores free and clear of all liens, claims, encumbrances, interests, and rights of third parties.

6.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Leases were terminated prior to the Commencement Date; that any claim for damages arising from the rejection of the Leases is limited to the remedies available under any applicable termination provision of such Lease; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

7.      Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

8.      Notwithstanding anything to the contrary in this Order, any authorization herein shall be subject to the applicable requirements (if any) imposed on the Debtors under any order(s) of this Court approving any postpetition secured debtor-in-possession financing (any such order, a "**DIP Order**"), including, without limitation, any budget in connection therewith. In the event of any conflict between the terms of this Order and a DIP Order, the terms of the applicable DIP Order shall control (solely to the extent of such conflict).

9.      Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of, or enhance the status of any claim held by, any party.

10.     Under the circumstances of these chapter 11 cases, notice of the Motion is adequate under Bankruptcy Rule 6004(a).

11.     Notwithstanding Bankruptcy Rule 6004(h), this Final Order shall be immediately effective and enforceable upon its entry.

3

12.     Any proofs of claim for damages in connection with the rejection of the Leases, if any, shall be filed on or before the later of (a) the claims bar date established by the Court in these chapter 11 cases, if any, and (b) thirty (30) days after entry of this Order.

13.     The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

14.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2018
      Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

4

## Schedule 1

### Schedule of Vacant Store Leases to Be Rejected

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 5792 | Cushman & Wakefield BACM 2005-3 Retail 1445 LLC Banc Of America Comm Mort Inc. Comm Mort PTC Series, 2005-3REMIC I, 1601 Washington Ave.#700, Miami Beach, FL 33139 | Claire's Boutiques, Inc. | Fiesta Mall 1445 W Southern Ave, Suite# 2144+, MESA, Maricopa AZ 85202 United States |
| 3199 | Developers Diversified DDR Guayama WM LLC; S.E. 361 San Francisco Street Penthouse Old San Juan, PR 00901 | Claire's Puerto Rico Corp. | Plaza Walmart PR #3, KM 135.0, Suite # 102, Guayama, Puerto Rico 00784 United States |
| 3198 | Thor Equities Plaza Palma Real 350 State Road #3 KM78.10, Suite # 1A100, Humacao, Puerto Rico 00791 United States | Claire's Puerto Rico Corp. | Plaza Palma Real 350 State Road #3 KM78.10, Suite # 1A100, Humacao, Puerto Rico 00791 United States |

## Schedule 2

## Schedule of Closing Store Leases to Be Rejected

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ESTIMATED REJECTION DATE[1] |
|---|---|---|---|---|
| 6589 | 210 East 86th Street Corp. C/O Perlbinder Realty, 429 East 52nd Street New York, NY 10022 | Claire's Boutiques, Inc. | 210A 86th Street 210 East 86th St. Suite # 210A, New York, NY 10028 United States | 3/31/18 |
| 6845 | Army and Airforce Exchange Services 9325 Gunston Road, Bldg.1466 S301, Fort Belvoir, VA 22060 | Claire's Boutiques, Inc. | AAFES Fort Belvoir 8651 John J Kingman Bldg 2321, Fort Belvoir, VA 22060 United States | 3/31/18 |
| 6844 | Army and Airforce Exchange Services P.O. Box 52328, Bldg. 1711 Wold Avenue, Fort Benning, GA 31905-2328 | Claire's Boutiques, Inc. | AAFES Fort Benning 9220 Marne Rd Fort Benning, GA 31905 United States | 3/31/18 |
| 3741 | Bayshore Shopping Center Property Owner LLC Bayshore Town Center, LLC 5500 New Albany Road E., Suite # 310 New Albany, OH 43054 | Claire's Boutiques, Inc. | Bayshore Town Center 5727 N Centerpark Way Suite # N-116, Glendale, WI 53217 United States | 3/31/18 |
| 5748 | Beaver Valley Mall LLC Beaver Valley LLC C/O Namdar Realty Group, 150 Great Neck Road, Suite # 304, Great Neck, NY 11021 | Claire's Boutiques, Inc. | Beaver Valley Mall 570 Beaver Valley Mall Suite  # 265, Monaca, Beaver PA 15061 United States | 3/31/18 |
| 3252 | Bref Three Reit, Inc. 250 Vesey Street, 15th Floor New York, NY 10281 | Claire's Boutiques, Inc. | Fashion Outlets of Las Vegas 32100 Las Vegas Blvd Space 323, Suite # 323, Primm, NV 89019 United States | 3/31/18 |
| 8671 | Brixton Provo Mall, LLC 120 South Sierra Avenue, Suite # 200 Solana Beach, CA 92075 | Claire's Boutiques, Inc. | Provo Town Centre 1200 Provo Town Center Suite # 2096, Provo, UT 84601 United States | 3/31/18 |

---

[1] These dates are estimates and are provided for planning purposes only.  The Rejection Date of each Closing Store Lease shall be the date on which the Debtors surrender possession of the Closing Store to their counterparty under such Closing Store Lease.

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ESTIMATED REJECTION DATE[1] |
|---|---|---|---|---|
| 6452 | Carlyle Swansea Partners LLC Carlyle Development Group, Inc. 2 Gannett Drive, Suite # 201 White Plains, NY 10604 | Claire's Boutiques, Inc. | Swansea Mall 262 Swansea Mall Drive SP#A137, Suite # 1021, Swansea, Bristol MA 02777 United States | 3/31/18 |
| 6510 | CD 2006-CD3 - 7 Neponset St LLC Commercial Mortgage Pass Through Certs Lower Tier, Cd2006-Cd# Remic, 1 Burlington Woods Drive, Burlington, MA 1803 | Claire's Boutiques, Inc. | Greendale Mall 7 Neponset Street, Suite # S210A, Worcester MA 01606 United States | 3/31/18 |
| 8106 | Cordano Associates and Sunrise Mall LLC Sunrise Mall Property LLC 112 Northern Concourse North Syracuse, NY 13212 | Claire's Boutiques, Inc. | Sunrise - Citrus Heights 6007 Sunrise Mall, Suite # C2/C3, Citrus Heights, Sacramento CA 95610 United States | 3/31/18 |
| 6834 | CREFII Silver City, LLC 411 West Putnam Avenue, Suite # 425 Greenwich, CT 6830 | Claire's Boutiques, Inc. | Silver City Galleria 2 Galleria Mall Drive Suite # A114, Taunton, Bristol MA 02780 United States | 3/31/18 |
| 3197 | DDR Cayey LLC; S.E. Developers Diversified Realty Corporation, DDR Cayey LLC.SE, 3300 Enterprise Parkway, Beachwood, OH 44122 | Claire's Puerto Rico Corp. | Plaza Cayey ST RD PR#1, KM55.2 BO, Suite # 4, Montellano Cayey, Puerto Rico 00736 United States | 3/31/18 |
| 3234 | DDR Isabela LLC; S.E. DDR Corp 3300 Enterprise Parkway Beachwood, OH 44122 | Claire's Puerto Rico Corp. | Plaza Isabela 3535 Ave Militar Suite # 405, Suite # D102B, Isabela, Puerto Rico 00662 United States | 3/31/18 |
| 3759 | Destin Commons Phase III, LTD. 19501 Biscayne Boulevard, Suite # 400 Aventura, FL 33180 | Claire's Boutiques, Inc. | Destin Commons 4265 Legendary Dr SPC J106, Suite # J-106, Destin, FL 32541 United States | 3/31/18 |
| 5147 | DP Management, LLC North Platte Associates, LLC 1000 South Dewey North Platte, NE 69101 | Claire's Boutiques, Inc. | Platte River Mall 1100 South Dewey Space 60, Suite # 60.01, North Platte, NE 69101 United States | 3/31/18 |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ESTIMATED REJECTION DATE[1] |
|---|---|---|---|---|
| 8024 | Fort Smith Mall LLC Orec Fort Smith Mall Member LLC, Fort Smith Mall LLC, 124 Johnson Ferry Road Ne, Atlanta, GA 30326 | Claire's Boutiques, Inc. | Central Mall - Ft. Smith 5111 Roger Ave #159, Suite # 191, Ft Smith, Sebastian AR 72903 United States | 3/31/18 |
| 5758 | Frenchtown Square Partnership Dba The Mall Of Monroe, 2445 Belmont Avenue, P.O. Box 2186, Youngstown, OH 44504-0186 | Claire's Boutiques, Inc. | Mall of Monroe 2121 N. Monroe St., Unit 265, Suite # 265, Monroe, Monroe MI 48161 United States | 3/31/18 |
| 3744 | G&I VIII CBL TTC LLC C/O DRA Advisors, LLC, 220 East 42nd Street, 27th Floor, New York, NY 10017 | Claire's Boutiques, Inc. | Triangle Town Center 5959 Triangle Town Blvd Suite # 2050, Raleigh, NC 27616 United States | 3/31/18 |
| 5454 | Gran Plaza, LP 9034 West Sunset Boulevard West Hollywood, CA 90069 | Claire's Boutiques, Inc. | Gran Plaza Outlets 888 West Second St SPC I-210, Suite # I-210, Calexico, CA 92231 United States | 3/31/18 |
| 5972 | Harrisburg Mall Limited Partnership 2560 Lord Baltimore Drive Baltimore, MD 21244 | Claire's Boutiques, Inc. | Harrisburg Mall 3601 Paxton St SPC #RE1, Suite # RE1, Harrisburg, Dauphin PA 17111 United States | 3/31/18 |
| 5726 | JPMCCM 2001-CIBC2 Collin Creek Mall, LLC COLLIN CREEK MALL LLC, C/O Midland Loan Services, 10851 Mastin Blvd, #300, Overland Park, KS 66210 | Claire's Boutiques, Inc. | Collin Creek 811 N. Central Expsy. SP. 2065, Suite # 2065, Plano, Collin TX 75075 United States | 3/31/18 |
| 8574 | Logan Valley Realty LLC Namco Realty LLC 150 Great Neck Road, Suite # 304 Great Neck, NY 11021 | Claire's Boutiques, Inc. | Logan Valley Mall 5580 Goods Lane Suite 1063, Suite # 628, Altoona, PA 16602 United States | 3/31/18 |
| 3402 | McKinley Mall, LLC 725 Conshohocken State Road Bala Cynwyd, PA 19004 | Claire's Boutiques, Inc. | Mckinley Mall 3701 McKinley Parkway, Suite # 220, Blasdell, NY 14219 United States | 3/31/18 |
| 8047 | Merced Mall LP 1400 Valley House Drive, Suite 100 Rohnert Park, CA 94928 | Claire's Boutiques, Inc. | Merced Mall 750 Merced Mall #10, Suite # 750, Merced CA 95348 United States | 3/31/18 |
| 8362 | MOAC Mall Holdings LLC 2131 Lindau Lane Suite # 500 Bloomington, MN 55425 | Claire's Boutiques, Inc. | Mall Of America 247 East Broadway Suite # E-247 Bloomington, Hennepin MN 55425 United States | 3/31/18 |

3

| STORE ID NO. | COUNTERPARTY- LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ESTIMATED REJECTION DATE[1] |
|---|---|---|---|---|
| 5570 | New Upper Valley Associates, LLC 1475 Upper Valley Pike Springfield, OH 45504 | Claire's Boutiques, Inc. | Upper Valley Mall 1475 Upper Valley Pike, Rm 834, Suite # 834A, Springfield, Clark OH 45504 United States | 3/31/18 |
| 5833 | Northfield Square Mall Realty LLC Northfield Square Mall Realty LLC, C/O Namdar Realty Group LLC, 150 Great Neck Road #304, Great Neck, NY 11021 | Claire's Boutiques, Inc. | Northfield Square 1600 State Route 50, Room 114, Suite # 114, Bourbonnais, Kankakee IL 60914 United States | 3/31/18 |
| 5928 | PREP Hanover Real Estate, LLC Peco Strategic Investment Fund III LP, 5905 East Galbraith Road, Suite # 1000, Cincinnati, OH 45236 | Claire's Boutiques, Inc. | The Hanover Mall 1775 Washington St Suite 227, Suite # S123, Hanover, Plymouth MA 02339 United States | 3/31/18 |
| 8684 | River Ridge Mall, LLC River Ridge Mall JV LLC 3405 Candlers Mountain Road Lynchburg, VA 24502 | Claire's Boutiques, Inc. | River Ridge Mall 3405 Candlers Mt Rd Suite # A25, Lynchburg, VA 24502 United States | 3/31/18 |
| 5659 | Rotterdam Mall Realty Management, LLC 249-27 37TH Avenue Little Neck, NY 11363 | Claire's Boutiques, Inc. | Rotterdam Square Mall 93 W. Campbell Road SPC G-112, Suite # G112, Schenectady NY 12306 United States | 3/31/18 |
| 3756 | Shamrock/Outlets at the Border Border, LLC, P.O. Box 844032 Los Angeles, CA 90084-4032 | Claire's Boutiques, Inc. | The Outlets at the Border 4459 Camino De La Plaza 450, Suite # 456, San Diego CA 92173 United States | 3/31/18 |
| 3742 | STRS L3 ACQ11, LLC 410 North Michigan Avenue, Suite 850 Chicago, IL 60611 | Claire's Boutiques, Inc. | 133 State Street 133 S. State Street Suite # 133 Chicago, IL 60603 United States | 3/31/18 |
| 5706 | Susquehanna Valley Mall Associates, LP 1 Susquehanna Valley Mall Dr. Selinsgrove, PA 17870 | Claire's Boutiques, Inc. | Susquehanna Valley Mall 1 Susquehanna Valley Mall Suite # H6, Selingsgrove, Snyder PA 17870 United States | 3/31/18 |
| 8494 | T Northgate Mall, LLC 16600 Dallas Parkway, Suite 300 Dallas, TX 75248 | Claire's Boutiques, Inc. | Northgate – Cincinnati 9715 Colerain Ave A-1A, Suite# 120 Cincinnati Hamilton OH 45251 United States | 3/31/18 |

RLF1 19027826V.1

| STORE ID NO. | COUNTERPARTY- LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ESTIMATED REJECTION DATE[1] |
|---|---|---|---|---|
| 6059 | Tanger Jeffersonville, LLC Tanger Properties LP 3200 Northline Avenue, Suite # 360 Greensboro, NC 27408 | Claire's Boutiques, Inc. | Tanger O.C. Jeffersonville 8420 Factory Shops Blvd, Suite # 420 Jeffersonville Fayette OH 43128 United States | 3/31/18 |
| 6115 | TBG State Street LLC Cb Richard Ellis 865 S. Figueroa Street, Suite # 3500 Los Angeles, CA 90017-5472 | Claire's Boutiques, Inc. | One North State Street 5 North State Street, Suite# 3, Chicago, Cook IL 60602 United States | 3/31/18 |
| 3409 | The Marketplace 1265 Scottsville Road Rochester, NY 14624 | Claire's Boutiques, Inc. | The Marketplace 471 Miracle Mile Drive, Suite # B17, Rochester, Monroe NY 14623 United States | 3/31/18 |
| 5215 | The Mills Corporation Esplanade Realty LP 100 North Sepulveda Blvd., Suite # 1925 El Segundo, CA 90245 | Claire's Boutiques, Inc. | The Esplanade 1401 W. Esplanade, SP.# 711, Suite # 711, Kenner, Jefferson Parish, LA 70065 United States | 3/31/18 |
| 3482 | Voorhees Center Realty, LLC C/O Namdar Realty Group LLC, 150 Great Neck Road #304, Great Neck, NY 11021 | Claire's Boutiques, Inc. | Voorhees Town Center 1450 Voorhees Town Center, Suite# 1450, Voorhees, Camden NJ 08043 United States | 3/31/18 |
| 5090 | West Branch Realty LLC C/O Namdar Realty Group LLC, 150 Great Neck Road #304, Great Neck, NY 11021 | Claire's Boutiques, Inc. | Tanger O.C. West Branch 2990 Cook Road Suite #127B, Suite# 127B, West Branch, Ogemaw MI 48661 United States | 3/31/18 |
| 3755 | YTC Mall Owner LLC Yorktown Holdings LLC 203 Yorktown Lombard, IL 60148 | Claire's Boutiques, Inc. | Yorktown Center 203 Yorktown Rd SPC 217, Suite# 217, Lombard, IL 60148 United States | 3/31/18 |
| 3740 | Zona Rosa Development, LLC 5500 New Albany Road E., Suite 310 New Albany, OH 43054 | Claire's Boutiques, Inc. | Zona Rosa 7268 NW 86TH Place SPC#174, Suite# H-174, Kansas City, MO 64153 United States | 3/31/18 |
| 3311 | Auburn Mall Properties Limited Partnership Mall At Auburn,LLC 14193 Collections Center Drive, Chicago, IL 60693 | Claire's Boutiques, Inc. | Auburn Mall 385 Southbridge St. Suite# N460, Auburn, Worcester MA 01501 United States | 4/30/18 |

5

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ESTIMATED REJECTION DATE[1] |
|---|---|---|---|---|
| 3764 | Bellwether Properties of Massachusetts L.P. The Retail Property Trust P.O. Box 772821 Chicago, IL 60677-2821 | Claire's Boutiques, Inc. | Burlington Mall 75 Middlesex Turnpike, Suite # 2039A, Burlington, MA 01803 United States | 4/30/18 |
| 8595 | Bellwether Properties of South Carolina, Limited Partnership Bellwether Properties Of South Carolina,L.P, P.O. Box 281484 Atlanta, GA 30384-1484 | Claire's Boutiques, Inc. | Haywood Mall 700 Haywood Rd, Suite # 1035, Greenville, SC 29607 United States | 4/30/18 |
| 6237 | Calhoun Outlets LLC Simon Property Group,LLC P.O. Box 772850 Chicago, IL 60677-2850 | Claire's Boutiques, Inc. | Calhoun Premium Outlets 455 Belwood Road, Suite # B048, Calhoun, Gordon GA 30701 United States | 4/30/18 |
| 5150 | Chelsea Limerick Holdings LLC Premium Outlet Partners,LP P.O. Box 822464 Philadelphia, PA 19182-2464 | Claire's Boutiques, Inc. | Philadelphia Premium Outlets 18 Light Cap Road SPC #1063, Suite # 1063, Pottstown, PA 19464 United States | 4/30/18 |
| 6347 | Cobb Place Associates L.P. Town Center At Cobb LLC PO Box 281552 Atlanta, GA 30384-1552 | Claire's Boutiques, Inc. | Town Center at Cobb 400 Ernest Barrett Pkwy, Suite# D04A Kennesaw, Cobb GA 30144 United States | 4/30/18 |
| 3824 | Colorado Mills Mall Limited Partnership Colorado Mills LP P.O. Box 403087, Atlanta, GA 30384-3087 | Claire's Boutiques, Inc. | Colorado Mills 14500 W. Colfax, Suite # 489, Lakewood, CO 80401 United States | 4/30/18 |
| 5412 | CPI-Phipps Limited Liability Company The Retail Property Trust P.O. Box 772842 Chicago, IL 60677-2842 | Claire's Boutiques, Inc. | Phipps Plaza 3500 Peachtree Rd NE, Suite # 2017C Atlanta, GA 30326 United States | 4/30/18 |
| 3766 | Crystal Mall LLC 14200 Collections Center Drive Chicago, IL 60693 | Claire's Boutiques, Inc. | Crystal Mall 850 Hartford Turnpike Suite # P209 Waterford, CT 06385 United States | 4/30/18 |
| 6798 | Crystal Mall, LLC 14200 Collections Center Drive Chicago, IL 60693 | Claire's Boutiques, Inc. | Crystal Mall 50 Hartford Turnpike, Suite # H-121, Waterford, New London CT 06385 United States | 4/30/18 |
| 3785 | King of Prussia Associates P.O .Box 829413 Philadelphia, PA 19182-9413 | Claire's Boutiques, Inc. | 690 West Dekalb Pike #2075, Suite # 115 King Of Prussia, PA 19406 United States | 4/30/18 |

6

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ESTIMATED REJECTION DATE[1] |
|---|---|---|---|---|
| 3726 | Livingston Mall Venture<br>The Retail Property Trust<br>P.O. Box 772838<br>Chicago, IL 60677-2838 | Claire's Boutiques, Inc. | Livingston Mall<br>112 Eisenhower Parkway Spc1014,<br>Suite# 1014, Livingston, NJ 07039<br>United States | 4/30/18 |
| 8652 | Mall at Ingram Park LLC<br>P.O. Box 402936<br>Atlanta, GA 30384-2936 | Claire's Boutiques, Inc. | Ingram Park Mall<br>6301 NW Loop 410<br>Suite # S07<br>San Antonio, Bexar TX 78238<br>United States | 4/30/18 |
| 3772 | Mall at Montgomery L.P.<br>Montgomeryville Associates<br>P.O. Box 829425<br>Philadelphia, PA 19182-9425 | Claire's Boutiques, Inc. | Montgomery Mall<br>144 Montgomery Mall,<br>Suite # 1050,<br>North Wales, PA 19454<br>United States | 4/30/18 |
| 6603 | Mall at Northshore, LLC<br>14202 Collections Center Drive,<br>Chicago, IL 60693 | Claire's Boutiques, Inc. | Northshore Mall<br>210 Andover Street,<br>Suite # W101,<br>Peabody, MA 01960 United States | 4/30/18 |
| 3387 | Mall at Rockingham LLC<br>14165 Collections Center Drive,<br>Chicago, IL 60693 | Claire's Boutiques, Inc. | The Mall at Rockingham Park<br>99 Rockingham Park Blvd,<br>Suite # E155, Salem,<br>Rockingham NH 03079<br>United States | 4/30/18 |
| 3526 | Mall at White Oaks LLC<br>3392 Paysphere Circle<br>Chicago, IL 60674 | Claire's Boutiques, Inc. | White Oaks Mall<br>2501 W. Wabash Ave.<br>Suite # F-01<br>Springfield, IL 62704<br>United States | 4/30/18 |
| 3508 | Mall of Georgia L.L.C.<br>The Retail Property Trust<br>P.O. Box 772805<br>Chicago, IL 60677-2805 | Claire's Boutiques, Inc. | Mall of Georgia<br>3333 Buford Drive<br>Suite # 2063 Buford, GA 30519<br>United States | 4/30/18 |
| 6504 | Mayflower Cape Cod LLC<br>14174 Collections Center Drive,<br>Chicago, IL 60693 | Claire's Boutiques, Inc. | Cape Cod Mall<br>793 Iyannough Road,<br>Suite # E124, Hyannis,<br>Barnstable MA 02601<br>United States | 4/30/18 |
| 8314 | Mayflower Emerald Square, LLC<br>14190 Collections Center Drive,<br>Chicago, IL 60693 | Claire's Boutiques, Inc. | Emerald Square Mall<br>999 S Washington St<br>Suite # E351, North Attleboro,<br>Bristol MA 02760 United States | 4/30/18 |
| 8069 | Milpitas Mills Limited Partnership<br>Milpitas Mills LP<br>Po Box 409714<br>Atlanta, GA 30384-9714 | Claire's Boutiques, Inc. | Great Mall – Bay Area<br>114 Great Mall Drive,<br>Suite # 114, Milpitas,<br>Santa Clara CA 95035<br>United States | 4/30/18 |

| STORE ID NO. | COUNTERPARTY- LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ESTIMATED REJECTION DATE[1] |
|---|---|---|---|---|
| 8420 | MNH Mall, L.L.C. 14184 Collections Center Drive, Chicago, IL 60693 | Claire's Boutiques, Inc. | The Mall of New Hampshire 1500 South Willow St Suite# N125, Manchester, Hillsborough NH 03103 United States | 4/30/18 |
| 3723 | Newport Centre LLC Newport Centre, 867545 Reliable Parkway Chicago, IL 60686-0075 | Claire's Boutiques, Inc. | Newport Centre 30 Mall Dr W Suite# B43C Jersey City, NJ 07310 United States | 4/30/18 |
| 3679 | Northgate Mall Partnership 1368 Momentum Place Chicago, IL 60689-5311 | Claire's Boutiques, Inc. | Northgate Shopping Center 401 N.E. Northgate Way Suite # 738A, Seattle, WA 98125 United States | 4/30/18 |
| 3782 | Opry Mills Mall Limited Partnership Opry Mills Mall LP P.O. Box 402242 Atlanta, GA 30384-2242 | Claire's Boutiques, Inc. | Opry Mills 433 Opry Mills Dr. SPC 115, Suite # 115, Nashville, TN 37214 United States | 4/30/18 |
| 3790 | Penn Square Mall Limited Partnership Penn Square Mall LP 32122 Collections Center Drive Chicago, IL 60693 | Claire's Boutiques, Inc. | Penn Square Mall 1901 NW Expressway Suite # 2008, Suite # 115, Oklahoma City, OK 73118 United States | 4/30/18 |
| 3771 | Pheasant Lane Realty Trust 13205 Collections Center Drive Chicago, IL 60693 | Claire's Boutiques, Inc. | Pheasant Lane Mall 310 Daniel Webster Highway, Suite # W235 Nashua, NH 03060 United States | 4/30/18 |
| 6578 | Premium Outlet Partners, LP P.O. Box 822931 Philadelphia, PA 19182-2931 | Claire's Boutiques, Inc. | Johnson Creek Outlet Center 595 West Linmar Lane Ste B110, Suite # B60, Johnson Creek, Jefferson WI 53038 United States | 4/30/18 |
| 3745 | Premium Outlets LLC P.O. Box 83273, Chicago, IL 60691-0273 | Claire's Boutiques, Inc. | St. Louis Premium Outlets 18511 Outlet Blvd SPC 841, Suite # 841, Chesterfield, MO 63005 United States | 4/30/18 |
| 6634 | Premium Outlets Lee Outlets LLC Simon Property Group, L.P P.O. Box 772841 Chicago, IL 60677-2841 | Claire's Boutiques, Inc. | Lee Premium Outlets 290 Premium Outlets Blvd, Suite # F290, LEE, Berkshire MA 01238 United States | 4/30/18 |
| 5009 | Riverside Square Ltd Partnership Riverside Square LP The Shops at Riverside, P.O. Box 403258, Atlanta, GA 30384-3258 | Claire's Boutiques, Inc. | The Shops at Riverside 390 Hackensack Ave, Suite # 245A, Hackensack, NJ 07601 United States | 4/30/18 |

8

| STORE ID NO. | COUNTERPARTY- LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ESTIMATED REJECTION DATE[1] |
|---|---|---|---|---|
| 3728 | Rockaway Center Associates The Retail Property Trust P.O. Box 772829 Chicago, IL 60677-2829 | Claire's Boutiques, Inc. | Rockaway Townsquare 301 Mount Hope Ave Suite # 2073 Rockaway, NJ 07866 United States | 4/30/18 |
| 3770 | Shopping Center Associates Menlo Park Mall, 9136 Paysphere Circle Chicago, IL 60674 | Claire's Boutiques, Inc. | Menlo Park Mall 55 Parsonage Rd Suite # 1540C Edison, NJ 08837 United States | 4/30/18 |
| 8624 | Simon Property Group (Texas), L.P. Broadway Square, 867640 Reliable Parkway Chicago, IL 60686-0076 | Claire's Boutiques, Inc. | Broadway Square Mall 4601 S Broadway SPC # D-06C, Suite# D06C, Tyler, Smith TX 75703 United States | 4/30/18 |
| 8629 | Simon Property Group (Texas), L.P. Cielo Vista Mall, 867728 Reliable Parkway Chicago, IL 60686-0077 | Claire's Boutiques, Inc. | Cielo Vista Mall 8401 Gateway Blvd West SP#J-01, Suite # J01, El Paso TX 79925 United States | 4/30/18 |
| 8639 | Simon Property Group (Texas), L.P. La Plaza Mall, 867925  Reliable Parkway Chicago, IL 60686-0079 | Claire's Boutiques, Inc. | La Plaza Mall 2200 South 10th Street, Suite # Q-16A, Mcallen, Hidalgo TX 78503 United States | 4/30/18 |
| 3776 | Simon Property Group, Inc. 3788 Paysphere Circle Chicago, IL 60674 | Claire's Boutiques, Inc. | Ocean County Mall 1201 Hooper Ave, Suite # 1020 Toms River, NJ 08753 United States | 4/30/18 |
| 3645 | Simon Property Group, L.P. Cordova Mall, 867670 Reliable Parkway Chicago, IL 60686-0076 | Claire's Boutiques, Inc. | Cordova Mall 5100 N. 9th Ave, Suite# B205,  Pensacola, Escambia FL 32504 United States | 4/30/18 |
| 6787 | Simon Property Group, L.P. Pier Park,LLC 2643 Solutions Center Chicago, IL 60677-2006 | Claire's Boutiques, Inc. | Pier Park 205 Bluefish Drive SPC # 110, Suite # F110, Panama City, Bay FL 32413 United States | 4/30/18 |
| 3378 | SM Empire Mall, LLC Simon Property Group, L.P. P.O Box 83388 Chicago, IL 60691-3388 | Claire's Boutiques, Inc. | The Empire Mall 4001 West 41st, Suite # 0018A, Sioux Falls, SD 57106 United States | 4/30/18 |
| 5909 | Southdale Center, LLC Southdale Center, P.O. Box 404874 Atlanta, GA 30384-4874 | Claire's Boutiques, Inc. | Southdale Center 36 Southdale Center Suite# 2750B, Edina, Hennepin MN 55435 United States | 4/30/18 |
| 8722 | Southridge Limited Partnership Southridge LP Po Box 404831 Atlanta, GA 30384-4831 | Claire's Boutiques, Inc. | Southridge – Greendale 5300 S 76th ST Suite # 1250, Greendale, WI 53129 United States | 4/30/18 |

9

| STORE ID NO. | COUNTERPARTY- LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ESTIMATED REJECTION DATE[1] |
|---|---|---|---|---|
| 8378 | SPG Independence Center, LLC PO Box 644182 Pittsburgh, PA 15264-4182 | Claire's Boutiques, Inc. | Independence Center 18813 E 39th Street Suite # D05A, Independence, Jackson MO 64057 United States | 4/30/18 |
| 3305 | Stoneridge Properties LLC P.O. Box 404559 Atlanta, GA 30384-4559 | Claire's Boutiques, Inc. | Stone Ridge Shopping Center 1466 Stoneridge Mall Rd, Suite # G124 Pleasanton, Alameda CA 94588 United States | 4/30/18 |
| 3725 | Tacoma Mall Partnership Tacoma Mall, 1355 Momentum Place Chicago, IL 60689-5311 | Claire's Boutiques, Inc. | Tacoma Mall 4502 S Steele St, Suite # 440A, Tacoma, WA 98409 United States | 4/30/18 |
| 8313 | The Retail Property Trust P.O. Box 772833 Chicago, IL 60677-2833 | Claire's Boutiques, Inc. | South Shore Plaza 250 Granite Street, Suite # 2062A, Braintree, Norfolk MA 02184 United States | 4/30/18 |
| 3724 | Tuttle Crossing Associates II; LLC Mall At Tuttle Crossing, LLC P.O. Box 404561 Atlanta, GA 30384-4561 | Claire's Boutiques, Inc. | The Mall at Tuttle Crossing 5043 Tuttle Crossing Blvd, Suite# 293A, Dublin, OH 43016 United States | 4/30/18 |
| 8607 | West Town Mall, LLC West Town Mall, 867530 Reliable Parkway Chicago, IL 60686-0075 | Claire's Boutiques, Inc. | West Town Mall 7600 Kingston Pike Suite # 1530 Knoxville, TN 37919 United States | 4/30/18 |
| 1122 | Woodfield Mall LLC 7409 Solution Center Chicago, IL 60677-7004 | Claire's Boutiques, Inc. | Woodfield Mall 5 Woodfield Mall SPC D204, Suite # G309, Schaumburg, Cook IL 60173 United States | 4/30/18 |
| 3278 | Woodland Hills Mall, LLC 7693 Collections Center Drive Chicago, IL 60693 | Claire's Boutiques, Inc. | Woodland Hills – Tulsa 7021 S Memorial Drive SPC 282, Suite # 242, Tulsa OK 74133 United States | 4/30/18 |

10