**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Claire's Stores, Inc., *et al.*, | Case No. 18-10584 (MFW)<br>(Jointly Administered) |
| Debtors.[1] | <u>**Related D.I.**</u>: 485 |

<u>**AFFIDAVIT OF SERVICE**</u>

| | | |
|---|---|---|
| STATE OF DELAWARE | § | |
| | § | SS: |
| NEW CASTLE COUNTY | § | |

I, Larry Morton, being duly sworn according to law, depose and say that I am employed by Bayard, P.A., counsel for the Committee of Unsecured Creditors and that on the 12th day of June, 2018, I caused copies of the **Motion of the Official Committee of Unsecured Creditors to File the Objection of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Order Approving the Proposed Disclosure Statement, Establishing Solicitation and Voting Procedures, and Granting Related Relief Under Seal** [D.I. 485] to be served via first class mail on the parties listed on the attached <u>Exhibit A</u>.

_____
Larry Morton

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: June 12, 2018

_____
Notary Public

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Claire's Inc. (6919); Claire's Stores, Inc. (0416); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Puerto Rico Corp. (76113); and CSI Canada LLC (7936). The Debtors' corporate headquarters and service address is 2400 West Central Road, Hoffman Estates, Illinois 60192.

{BAY:03300002v1}

# EXHIBIT A

Counsel to Endres Northwest, Inc., an Oregon corporation

Ambrose Law Group LLC

Attn: Christopher R. Ambrose

312 NW 10th Avenue

Suite 200

Portland OR 97209


Counsel to BOKF, National Association

Arent Fox LLP

Attn: Andrew I. Silfen, Beth M. Brownstein

1675 Broadway

New York NY 10019


Counsel to BOKF, National Association

Arent Fox LLP

Attn: Andrew I. Silfen, Esquire

Beth M. Brownstein, Esquire

1675 Broadway

New York NY 10019


Counsel to BOKF, National Association

Arent Fox LLP

Attn: Jackson D. Toof, Esquire

1717 K Street, NW

Washington DC 20006


Counsel to AT&T

Arnold & Porter Kaye Scholer LLP

Attn: Brian J. Lohan, Esq.

70 West Madison Street

Suite 4200

Chicago IL 60602


Counsel to Studex Corporation aka Pacific Piercing Supply, Inc., Counsel to Studex Corporation aka Studex Corp. Pacific Piercing Supply, Inc.

Ascher & Associates, P.C

Attn: Ralph Ascher, Richard Vergal de Dios

11022 Acacia Parkway

Suite D

Garden Grove CA 92840


Counsel to AT&T

AT&T Services Legal Department

Attn: James W. Grudus, Esq.

One AT&T Way

Room 3A115

Bedminster NJ 07921


Counsel to Hart TC I - III, LLC

Baker Donelson Bearman, Caldwell

& Berkowitz, PC

Attn: J. David Folds

901 K Street, NW

Suite 900

Washington DC 20001


Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust

Ballard Spahr LLP

Attn:  David L. Pollack, Esquire

51st Floor - Mellon Bank Center

1735 Market Street

Philadelphia PA 19103


Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust

Ballard Spahr LLP

Attn:  Dustin P. Branch, Esquire

2029 Century Park East

Suite 800

Los Angeles CA 90067-2909

Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust, Counsel to Wilmington Trust, National Association

Ballard Spahr LLP

Attn:  Leslie Heilman, Esquire, Laurel D. Roglen, Esquire, Chantelle McClamb, Esquire, Matthew G. Summers

919 Market Street, 11th Floor

Wilmington DE 19801

The 9.00% & 6.125% First Lien, Second Lien, and Unsecured Notes Trustee

Bank of New York Mellon Trust Company, N.A.

Attn:  Corporate Trust Administration

10161 Centurion Parkway

Jacksonville FL 32256

Counsel to Wilmington Trust, National Association

Ballard Spahr LLP

Attn: George H. Singer, Adam C. Ballinger

2000 IDS Center

80 South 8th Street

Minneapolis MN 55402-2119

Counsel to The Texas Comptroller of Public Accounts

Bankruptcy & Collections Division MC 008

Attn: Kimberly A. Walsh

P.O. Box 12548

Austin TX 78711-2548

Counsel The Village at Orange, LLC

Barack Ferrazzano Kirschbaum & Nagelberg LLP

Attn: William J. Barrett, Nathan Q. Rugg

200 West Madison Street

Suite 3900

Chicago IL 60606

Counsel to the Official Committee of Unsecured Creditors

Bayard, P.A.

Attn: Justin R. Alberto, Erin R. Fay, Gregory J. Flasser

600 N. King Street

Suite 400

Wilmington DE 19801

Counsel to CAPREF Lloyd II LLC, CAPREF Eden Prairie LLC, CAPREF Smyrna LLC, CAPREF Brookwood Village LLC, CAPREF Burbank LLC, and Vantiv, LLC

Benesch, Friedlander, Coplan & Aronoff LLP

Attn: Jennifer R. Hoover, Kevin M. Capuzzi

222 Delaware Avenue

Suite 801

Wilmington DE 19801

Counsel to Brixton Capital

Bewley, Lasslenben & Miller, LLP

Attn: Ernie Zachary Park

13215 E. Penn St.

Suite 510

Whitter CA 90602

Counsel Prep Hanover Real Estate LLC

Benesch, Friedlander, Coplan & Aronoff LLP

Attn: Michael J. Barrie, Kevin M. Capuzzi

222 Delaware Avenue

Suite 801

Wilmington DE 19801

Counsel To Hendon Golden East, LLC, KDI Athens Mall, LLC, KDI Panama Mall, LLC And KDI Rivergate Mall, LLC

Brown Law, LLC

Attn: Heather D. Brown, Esquire

138 Bulloch Avenue

Roswel GA 30075

Counsel to Oracle America, Inc.

Buchalter, A Professional Corporation

Attn: Shawn M. Christianson, Esq.

55 Second Street

17th Floor

San Francisco CA 94105-3493

Counsel to City of Fort Worth

City of Fort Worth

Attn: Christopher B. Mosley

200 Texas Street

Fort Worth TX 76102

Debtors

Claire's Stores, Inc.

Attn: Stephen E. Sernett, Scott E. Huckins

2400 West Central Road

Hoffman Estates IL 60192

Counsel to Ramco-Gershenson Properties, LP, Bridgewater Falls Station, LLC, Ramco Jackson Crossing SPE, LLC, VORH, LLC, Vestar DRM-OPCO, LLC, Vestar CPT Tempe Marketplace, LLC, VPQCM, LLC, VESTAR/KIMCO TUSTIN, L.P., Coventry III/Satterfield Helm Valley Fa

Clark Hill PLC

Attn: David M. Blau, Esq.

151 S. Old Woodward Ave. Ste. 200

Birmingham MI 48009

Counsel to Ramco-Gershenson Properties, LP, Bridgewater Falls Station, LLC, Ramco Jackson Crossing SPE, LLC, VORH, LLC, Vestar DRM-OPCO, LLC, Vestar CPT Tempe Marketplace, LLC, VPQCM, LLC, VESTAR/KIMCO TUSTIN, L.P., Coventry III/Satterfield Helm Valley Fa

Clark Hill PLC

Attn: Karen M. Grivner, Esq.

824 N. Market St. Ste. 710

Wilmington DE 19801

Counsel to Office of Unemployment Compensation Tax Services (UCTS).

Commonwealth of Pensylvania Department of Labor and Industry

Attn: Deb Secrest

651 Boas Street

Room 702

Harrisburg PA 17121

Counsel to 3503 RP Waco Central Limited Partnership, RPAI San Antonio Huebner Oaks Limited Partnership, RPAI Oswego Gerry Centennial, L.L.C., and RPAI Mansfield Limited Partnership

Connolly Gallagher LLP

Attn: Karen C. Bifferato, Esq., Kelly M. Conlan, Esq.

1000 West Street, Suite 1400

Wilmington DE 19801

Counsel to the Official Committee of Unsecured Creditors

Cooley LLP

Attn: Cathy Hershcopf, Seth Van Aalten, Summer M. McKee, Seth Van Aalten

1114 Avenue of the Americas

New York NY 10036

County of Loudoun, Virginia

County of Loudoun, Virginia

Attn: Steven F. Jackson

One Harrison Street, S.E., 5th Floor

PO Box 7000

Leesburg VA 20177-7000

Prepetiton ABL Agent & RCF Agent

Credit Suisse AG

Attn: Agency Group

Cayman Island Branch

Eleven Madison Avenue

New York NY 10010

Delaware Attorney General
Delaware Attorney General
Attn Bankruptcy Dept
Carvel State Office Bldg
820 N French St 6th Fl
Wilmington DE 19801

Delaware Division of Revenue
Delaware Division of Revenue
Zillah Frampton
820 N French St
Wilmington DE 19801

Delaware Secretary of State
Delaware Secretary of State
Corporations Franchise Tax
PO Box 898
Dover DE 19903

Delaware State Treasury
Delaware State Treasury
Attn Bankruptcy Dept
820 Silver Lake Blvd
Ste 100
Dover DE 19904

Counsel to Citibank, N.A., as DIP Agent
Duane Morris
Attn:  Michael R. Lastowski, Esq., Jarret P. Hitchings, Esq.
222 Delaware Avenue
Suite 1600
Wilmington DE 19801-1659

Counsel to Bank of New York Mellon Trust Company, N.A.
Emmet, Marvin & Martin, LLP
Attn: Edward P. Zujkowski, Esq., Thomas A. Pitta, Esq.
120 Broadway
32nd Floor
New York NY 10271

Environmental Protection Agency - Region 3
Environmental Protection Agency
Attn:  Bankruptcy Dept
1650 Arch Street
Philadelphia PA 19103-2029

Counsel to Cord Meyer Development LLC
Farrell Fritz, P.C.
Attn: Patrick Collins, Veronique Urban
400 RXR Plaza
Uniondale NY 11556

Counsel to Oaktree Capital Management, L.P.
Fox Rothschild LLP
Attn:  Jeffrey M. Schlerf, Margaret M. Manning
919 North Market Street
Suite 300
Wilmington DE 19801

Counsel to BOKF, National Association
Frederic Dorwart, Lawyers PLLC
Attn: Samuel S. Ory
124 East Fourth Street
Tulsa OK 74103-5010

Counsel to BOKF, National Association
Frederic Dorwart, Lawyers, PLLC
Attn: Samuel S. Ory, Esquire
124 East Fourth Street
Tulsa OK 74103

Counsel to Washington Prime Group Inc.
Frost Brown Todd LLC
Attn:  Ronald E. Gold, A.J. Webb
3300 Great American Tower
301 East Fourth Street
Cincinnati OH 45202

Restructuring Advisors to Debtors
FTI Consulting, Inc.
Attn:  Dan Hugo, Michael Paykin, & John Hayes
227 W Monroe Street
Suite 900
Chicago IL 60606

Top 30
GGP Limited Partnership
Attn:  Julie Minnick Bowden
320 N. Orleans
Suite 300
Chicago IL 60654-1607

Top 30
GGP Limited Partnership
Attn:  Julie Minnick Bowden
P.O. Box 776250
Chicago IL 60677-6250

Counsel to GGP Limited Partnership
GGP Limited Partnership, as Agent
Attn:  Kristen N. Pate
350 N. Orleans Street
Suite 300
Chicago IL 60654-1607

Counsel to American Lebanese Syrian Associated Charities, Inc.
Gibbons P.C.
Attn: Natasha M. Songonuga, Esq.
300 Delaware Ave
Suite 1015
Wilmington DE 19801-1761

Counsel to Credit Suisse AG, Cayman Islands Branch
Gibson, Dunn & Crutcher LLP
Attn: David M. Feldman, Esq., J. Eric Wise, Esq., Matthew P. Porcelli, Esq.
200 Park Avenue
New York NY 10166-0193

Counsel to CambridgeSide Galleria Associates Trust, New Westgate Mall LLC, Warwick Mall Owner LLC, W/S Wareham Properties LLC, W/S Smithfield Associates LLC, W/S Peak Canton Properties LLC, W/S/M Hingham Properties LLC,

Goulston & Storrs PC
Attn: Vanessa P. Moody, Douglas B. Rosner
400 Atlantic Avenue
Boston MA 02110-333

Counsel to Kahala Center Company
Hanson Bridgett LLP
Attn: Nancy J. Newman
425 Market Street
26th Floor
San Francisco CA 94105

Counsel to Plaza Las Americas, Inc. and Del Caribe, S.E.

Holland & Knight LLP

Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq.

701 Brickell Avenue

Suite 3300

Miami FL 33131

Counsel to QKC Maui Owner, LLC

Honigman Miller Schwartz and Cohn LLP

Attn: Lawrence A. Lichtman, Esq.

2290 First National Building

660 Woodward Avenue

Detroit MI 48226

Counsel to The County of Imperial, California

Imperial County Treasurer-Tax Collector

Attn: Flora Oropeza, Karen Vogel

940 West Main Street

Suite 106

El Centro CA 92243

IRS Insolvency Section

Internal Revenue Service

Centralized Insolvency Operation

2970 Market St

Mail Stop 5 Q30 133

Philadelphia PA 19104-5016

IRS Insolvency Section

Internal Revenue Service

Centralized Insolvency Operation

PO Box 7346

Philadelphia PA 19101-7346

Counsel to Iron Mountain Information Management, LLC

Iron Mountain Information Management, LLC

Attn: Joseph Corrigan

One Federal Street

Boston MA 02110

Counsel to DDR Corp., GGP Inc., Regency Centers, L.P. and Turnberry Associates

Kelley Drye & Warren LLP

Attn: Robert L. LeHane, Esq.

101 Park Avenue

New York NY 10178

Counsel to Cookeville Retail Holdings, LLC

Kohner, Mann & Kailas, S.C.

Attn: Samuel C. Wisotzkey

Washington Building Barnabas Business Center

4650 North Port Washington Road

Milwaukee WI 53212-1059

Counsel to PREIT Services, LLC, as Agent for Moorestown Mall, LLC, PR Capital City Limited Partnership, PR Exton Square Property, LP, PR Pymouth Limited Partnership, PR Viewmont Limited Partnership, Susquehanna Valley Mall Associates, PR Financing Limited

Kurtzman | Steady, LLC

Attn: Jeffrey Kurtzman, Esquire

401 S. 2nd Street Suite 200

Philadelphia PA 19147

Counsel to Citibank, N.A., as DIP Agent

Latham & Watkins LLP

Attn: Richard A. Levy, Esq.

330 North Wabash Avenue

Suite 2800

Chicago IL 60611

Counsel to Citibank, N.A., as DIP Agent
Latham & Watkins LLP
Attn: Annemarie V. Reilly, Esq., David A. Hammerman, Esq.
885 Third Avenue
New York NY 10022

Counsel to The Taubman Landlords, Counsel to Kahala Center Company
Law Office of Susan E. Kaufman, LLC
Attn: Susan E. Kaufman, Esquire
919 North Market Street
Suite 460
Wilmington DE 19801

Counsel to Newkoa, LLC
Law Offices of Ronald K. Brownn Jr., APC
Attn: Ronald K. Brown, Jr.
901 Dove Street
Suite 120
Newport Beach CA 92660

Counsel to Westfield, LLC and its affiliates
LeClairRyan, a Professional Corporation
Attn: Andrew L. Cole
800 North King Street
Suite 303
Wilmington DE 19801

Counsel to Westfield, LLC and its affiliates and Brooks Shopping Centers, LLC
LeClairRyan, a Professional Corporation
Attn: Niclas A. Ferland, Esq., Ilan Markus, Esq.
545 Long Wharf Drive
9th Floor
New Haven CT 06511

Counsel to Bexar County
Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
711 Navarro Street
Ste 300
San Antonio TX 78205

Counsel to Jefferson County
Linebarger Goggan Blair & Sampson, LLP
Attn: Clayton E. Mayfield
1148 Park Street
Beaumont TX 77701-3614

Counsel to Nueces County, Cameron County, Hidalgo County,City of Harlingen, Victoria County, City of McAllen, Harlingen CISD, and San Marcos CISD
Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin TX 78760

Counsel to Rockwall CAD, Allen ISD, Tarrant County, Dallas County, City of Carrollton and City of Frisco
Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas TX 75207

Counsel to Cypress-Fairbanks ISD, Angelina County, Galveston County, Fort Bend County, Montgomery County, and Harris County
Linebarger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
PO Box 3064
Houston TX 77253-3064

Counsel to Ashley Park Property Owner LLC
Macey Wilensky & Hennings, LLP
Attn: Todd H. Surden
5500 Interstate North Parkway
Suite 435 RiverEdge One
Atlanta GA 30328

Counsel to Ken Burton, Jr., Manatee County Tax Collector
Manatee County, Florida
Attn: Kerri Ward, Legal & Collection Specialist, CFCA
1001 3rd Ave W
Suite 240
Bradenton FL 34205

Counsel to Maricopa County Treasurer
Maricopa County Attorney's Office
Attn: Peter Muthig
222 North Central Avenue
Suite 1100
Phoenix AZ 85004-2206

Counsel to Tax Appraisal District of Bell County
McCreary, Veselka, Bragg & Allen, P.C.
Attn: Lee Gordon
P.O. Box 1269
State Bar Number 08212500
Round Rock TX 78680

Counsel to The County of Guadalupe, Texas and City of Waco
and/or Waco Independent School District
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attn: Tara LeDay
P.O. Box 1269
Round Rock TX 78680

Counsel to TKG Management, Inc.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Attn: David P. Primack, Esq.
300 Delaware Ave.
Suite 770
Wilmington DE 19801

Counsel to Aviation Mall NewCo, LLC, Carousel Center Company, L.P., Champlain Centre North, LLC, Crossgates Mall General Company NewCo, LLC, Crystal Run NewCo, LLC, Pyramid Mall of
Hadley NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner L
Menter, Rudin & Trivelpiece, P.C.
Attn: Kevin M. Newman
308 Maltbie Street, Suite 200
Syracuse NY 13204-1439

Counsel to Miami-Dade County Tax Collector
Miami-Dade County, FL
Attn: Priscilla A. Windley
Miami Dade Bankruptcy Unit
200 NW 2nd Avenue, #430
Miami FL 33128

Counsel to The Marion Plaza, Inc., Governor's Square Company, Huntington Mall Company, Kentucky Oaks Mall Company, Meadowbrook Mall Company, Cafaro-Peachcreek Joint Venture Partnership, Ohio Valley Mall, Company, Sandusky Mall Company, The Cafaro Northwes
Monzack Mersky McLaughlin and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington DE 19801

Counsel to BOKF, National Association
Morris James LLP
Attn: Eric J. Monzo, Esquire
Brenna A. Dolphin, Esquire
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington DE 19899-2306

Counsel to Ad Hoc First Lien Group
Morris, Nichols, Arsht & Tunnell LLP
Attn: Robert J. Dehney, Paige N. Topper
1201 N. Market St.
16th Floor
Wilmington DE 19899-1347

Counsel to Commonwealth of Pennsylvania, Department of Revenue
Office of Attorney General
Attn: Carol E. Momjian
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia PA 19103

United States Trustee District of Delaware
Office of the United States Trustee
Attn: Mark S. Kenney
844 King St
Ste 2207
Wilmington DE 19801

Counsel to the Oklahoma County Treasurer
Oklahoma County Treasurer
Attn: Gretchen Crawford, Assistant District Attorney
320 Robert S. Kerr
Room 505
Oklahoma City OK 73102

Counsel to Apollo Management Holdings, L.P.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Jeffery D. Saferstein, Neal Donnelly, Emma Carlson
1285 Avenue of the Americas
New York NY 10019-6064

Counsel to Carrollton-Farmers Branch ISD, City of Garland, Garland ISD, City of Burleson, Burleson ISD, City of Grapevine, Grapevine-Colleyville ISD, Arlington ISD, Crowley ISD, Mansfield ISD Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Ebony Cobb
500 E. Border Street, Suite 640
Arlington TX 76010

Counsel to Spring Branch Independent School District, Clear Creek Independent School District, Alief Independent School District, Alief Independent School District, Fort Bend Independent School District, Magnolia Independent School District, Dickinson Ind Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Owen M. Sonik
1235 North Loop West, Suite 600
Houston TX 77008

Counsel to City of Wichita Falls, Wichita Falls Independent School District and Wichita County
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Jeanmarie Baer
P.O. Box 8188
Wichita Falls TX 76307

Counsel to City of Mercedes, Kerr County, and Maverick County
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: John T. Banks
3301 Northland Drive
Suite 505
Austin TX 78731

Counsel to Lubbock Central Appraisal District and Midland County
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Laura J. Monroe
P.O. Box 817
Lubbock TX 79408

Top 30
Popsockets
Attn: David Barnett
3033 Sterling Circle
Suite 100
Boulder CO 80301

Counsel to Credit Suisse AG, Cayman Islands Branch
Potter Anderson & Corroon LLP
Attn: Jeremy W. Ryan, D. Ryan Slaugh
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington DE 19899

Claims Agent
Prime Clerk LLC
Attn: Josh Karotkin
830 3rd Ave FL 3
New York NY 10022

Counsel to Aspen GRF2, LLC
Procopio, Cory, Hargreaves & Savitch LLP
Attn: Gerald P. Kennedy, Esq.
525 B Street
Suite 2200
San Diego CA 92101

Counsel to Wilmington Savings Fund Society as Indenture Trustee
for the 8.875% Senior Second Lien Notes due 2019 issued by
Claire's Stores, Inc., pursuant to that certain indenture dated as of
March 4, 2011
Pryor Cashman LLP
Attn: Seth H. Lieberman, Patrick Sibley,
Matthew W. Silverman
7 Times Square
New York NY 10036

Counsel to Debtor
Richards, Layton & Finger, P.A.
Attn: Daniel J. DeFranceschi, Zachary I. Shapiro, Brendan J.
Schlauch, & Brett M. Haywood
One Rodney Square
920 North King Street
Wilmington DE 19801

Counsel to Riley County, Kansas
Riley County Treasurer
Attn: Shilo Heger
110 Courthouse Plaza
1st Floor
Manhattan KS 66502

Counsel to Greater Lakeside Corporation and North
Riverside Park Associates LLC
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Fred B. Ringel, Esq.
875 Third Avenue
9th Floor
New York NY 10022

Counsel to  The San Diego Treasurer-Tax Collector of
California
San Diego Treasurer-Tax Collector of California
Attn: Dan McAllister
1600 Pacific Highway
Room 162
San Diego CA 92101

Counsel to Plaza Las Americas, Inc. and Del Caribe, S.E.,
Counsel to Weingarten Realty Investors
Saul Ewing Arnstein & Lehr LLP
Attn: John D. Demmy, Esq.
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington DE 19899

Counsel to The District, L.C.
Scalley Reading Bates Hansen & Rasmussen, P.C.
Attn: Darwin H. Bingham, Esq.
15 West South Temple
Suite 600
Salt Lake City UT 84101

Securities and Exchange Commission - Headquarters
Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington DC 20549

Securities and Exchange Commission - Regional Office
Securities & Exchange Commission - NY Office
Attn: Bankruptcy Dept
Brookfield Place
200 Vesey Street Ste 400
New York NY 10281-1022

Securities and Exchange Commission - Regional Office
Securities & Exchange Commission - Philadelphia Office
Attn: Bankruptcy Dept
One Penn Center
1617 JFK Blvd Ste 520
Philadelphia PA 19103

Counsel to AGNL Bling, LLC
Sheppard Mullin Richter & Hampton LLP
Attn: Edward H. Tillinghast, Esq.
30 Rockefeller Plaza
New York NY 10112

Counsel to Simon Property Group, Inc.
Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis IN 46204

Top 30
Simon Property Group, LP
Attn: Ronald Tucker
225 West Washington Street
Indianapolis IN 46204

Top 30
Simon Property Group, LP
Attn: Ronald Tucker
P.O. Box 2004
Indianapolis IN 46206-2004

Counsel to RED Development, LLC
Singer & Levick, P.C.
Attn: Michelle E. Shriro, Esq.
16200 Addison Road
Suite 140
Addison TX 75001

Counsel to Nicholas Park Mall LLC
Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon, Esquire
123 South Broad Street
Suite 2100
Philadelphia PA 19109

Counsel to Levin Management Corporation

Stark & Stark, P.C.

Attn: Thomas S. Onder, Esquire, Joseph H. Lemkin, Esquire

P.O. Box 5315

Princeton NJ 08543

Top 30

Studex Corp.

Attn:  President or General Counsel

521 Rosecrans Avenue

Gardena CA 90248-1514

Counsel to The Marion Plaza, Inc. dba Eastwood Mall; Governor's Square Company dba Governor's Square Mall; Huntington Mall Company dba Huntington Mall; Kennedy Mall, Ltd. dba Kennedy Mall; Kentucky Oaks Mall Company dba Kentucky Oaks Mall; Meadowbrook Mall

The Cafaro Company

Attn:  Richard T. Davis

5577 Youngstown-Warren Rd.

Niles OH 44446

Counsel to The Taubman Landlords

The Taubman Company

Attn:  Andrew S. Conway, Esquire

200 East Long Lake Road

Suite 300

Bloomfield Hills MI 48304

Counsel to Donahue Schriber Realty Group

Trainor Fairbrook

Attn: Jennifer L. Pruski, Esquire

Post Office Box 255824

Sacramento CA 95865

Counsel to Travis County

Travis County

Attn: Kay D. Brock

P.O. Box 1748

Austin TX 78767

US Attorney for the District of Delaware

US Attorney for Delaware

Charles Oberly c/o Ellen Slights

1007 Orange St Ste 700

PO Box 2046

Wilmington DE 19899-2046

Counsel to Debtor

Weil, Gotshal & Manges LLP

Attn:  Ray C. Schrock, P.C., Matthew S. Barr, & Ryan Preston Dahl, Danielle D. Donovan

767 Fifth Avenue

New York NY 10153

Counsel to Weingarten Realty Investors

Weingarten Realty Investors

Attn: Jenny J. Hyun, Esq.

2600 Citadel Plaza Drive

Suite 125

Houston TX 77008

Counsel to Oaktree Capital Management, L.P.

White & Case LLP

Attn: J. Christopher Shore, Esq., Harrison Denman, Esq., David M. Turetsky, Esq., Ian J. Silverbrand, Esq.

1221 Avenue of the Americas

New York NY 10020-1095

Counsel to Oaktree Capital Management, L.P.

White & Case LLP

Attn: Thomas E Lauria, Esq., Jason N. Zakia, Esq.

200 South Biscayne Boulevard

Suite 4900

Miami FL 33131

Counsel to AT&T

Whiteford, Taylor & Preston LLC

Attn: Christopher M. Samis Esq., L. Katherine Good, Esq.

The Renaissance Centre

405 North King Street, Suite 500

Wilmington DE 19801

Counsel to Ad Hoc First Lien Group

Willkie, Farr & Gallagher LLP

Attn:  Matthew A. Feldman, Brian S. Lennon, Daniel Forman

787 Seventh Avenue

New York NY 10019-6099

Claire's Stores Term Loan Agent

Wilmington Trust, National Association

Attn:  Meghan McCauley

50 South Sixth Street

Suite 1290

Minneapolis MN 55402

Counsel to Apollo Management Holdings, L.P.

Young Conaway Stargatt & Taylor, LLP

Attn: Pauline K. Morgan, Sean T. Greecher

Rodney Square

1000 North King Street

Wilmington DE 19801

Counsel to Endres Northwest, Inc., an Oregon corporation

Ambrose Law Group LLC

Attn: Christopher R. Ambrose

312 NW 10th Avenue

Suite 200

Portland OR 97209

Counsel to BOKF, National Association

Arent Fox LLP

Attn: Andrew I. Silfen, Beth M. Brownstein

1675 Broadway

New York NY 10019

Counsel to BOKF, National Association

Arent Fox LLP

Attn: Andrew I. Silfen, Esquire

Beth M. Brownstein, Esquire

1675 Broadway

New York NY 10019

Counsel to BOKF, National Association

Arent Fox LLP

Attn: Jackson D. Toof, Esquire

1717 K Street, NW

Washington DC 20006

Counsel to AT&T

Arnold & Porter Kaye Scholer LLP

Attn: Brian J. Lohan, Esq.

70 West Madison Street

Suite 4200

Chicago IL 60602

Counsel to Studex Corporation aka Pacific Piercing Supply, Inc., Counsel to Studex Corporation aka Studex Corp. Pacific Piercing Supply, Inc.

Ascher & Associates, P.C

Attn: Ralph Ascher, Richard Vergal de Dios

11022 Acacia Parkway

Suite D

Garden Grove CA 92840

Counsel to AT&T

AT&T Services Legal Department

Attn: James W. Grudus, Esq.

One AT&T Way

Room 3A115

Bedminster NJ 07921

Counsel to Hart TC I - III, LLC

Baker Donelson Bearman, Caldwell

& Berkowitz, PC

Attn: J. David Folds

901 K Street, NW

Suite 900

Washington DC 20001

Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust

Ballard Spahr LLP

Attn:  David L. Pollack, Esquire

51st Floor - Mellon Bank Center

1735 Market Street

Philadelphia PA 19103

Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust

Ballard Spahr LLP

Attn:  Dustin P. Branch, Esquire

2029 Century Park East

Suite 800

Los Angeles CA 90067-2909

Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust, Counsel to Wilmington Trust, National Association

Ballard Spahr LLP

Attn: Leslie Heilman, Esquire, Laurel D. Roglen, Esquire, Chantelle McClamb, Esquire, Matthew G. Summers

919 Market Street, 11th Floor

Wilmington DE 19801

The 9.00% & 6.125% First Lien, Second Lien, and Unsecured Notes Trustee

Bank of New York Mellon Trust Company, N.A.

Attn: Corporate Trust Administration

10161 Centurion Parkway

Jacksonville FL 32256

Counsel The Village at Orange, LLC

Barack Ferrazzano Kirschbaum & Nagelberg LLP

Attn: William J. Barrett, Nathan Q. Rugg

200 West Madison Street

Suite 3900

Chicago IL 60606

Counsel to CAPREF Lloyd II LLC, CAPREF Eden Prairie LLC, CAPREF Smyrna LLC, CAPREF Brookwood Village LLC, CAPREF Burbank LLC, and Vantiv, LLC

Benesch, Friedlander, Coplan & Aronoff LLP

Attn: Jennifer R. Hoover, Kevin M. Capuzzi

222 Delaware Avenue

Suite 801

Wilmington DE 19801

Counsel to Brixton Capital

Bewley, Lasslenben & Miller, LLP

Attn: Ernie Zachary Park

13215 E. Penn St.

Suite 510

Whitter CA 90602

Counsel to Wilmington Trust, National Association

Ballard Spahr LLP

Attn: George H. Singer, Adam C. Ballinger

2000 IDS Center

80 South 8th Street

Minneapolis MN 55402-2119

Counsel to The Texas Comptroller of Public Accounts

Bankruptcy & Collections Division MC 008

Attn: Kimberly A. Walsh

P.O. Box 12548

Austin TX 78711-2548

Counsel to the Official Committee of Unsecured Creditors

Bayard, P.A.

Attn: Justin R. Alberto, Erin R. Fay, Gregory J. Flasser

600 N. King Street

Suite 400

Wilmington DE 19801

Counsel Prep Hanover Real Estate LLC

Benesch, Friedlander, Coplan & Aronoff LLP

Attn: Michael J. Barrie, Kevin M. Capuzzi

222 Delaware Avenue

Suite 801

Wilmington DE 19801

Counsel To Hendon Golden East, LLC, KDI Athens Mall, LLC, KDI Panama Mall, LLC And KDI Rivergate Mall, LLC

Brown Law, LLC

Attn: Heather D. Brown, Esquire

138 Bulloch Avenue

Roswel GA 30075

Counsel to Oracle America, Inc.

Buchalter, A Professional Corporation

Attn: Shawn M. Christianson, Esq.

55 Second Street

17th Floor

San Francisco CA 94105-3493

Counsel to City of Fort Worth

City of Fort Worth

Attn: Christopher B. Mosley

200 Texas Street

Fort Worth TX 76102

Debtors

Claire's Stores, Inc.

Attn:  Stephen E. Sernett, Scott E. Huckins

2400 West Central Road

Hoffman Estates IL 60192

Counsel to Ramco-Gershenson Properties, LP, Bridgewater Falls Station, LLC, Ramco Jackson Crossing SPE, LLC, VORH, LLC, Vestar DRM-OPCO, LLC, Vestar CPT Tempe Marketplace, LLC, VPQCM, LLC, VESTAR/KIMCO TUSTIN, L.P., Coventry III/Satterfield Helm Valley Fa

Clark Hill PLC

Attn: David M. Blau, Esq.

151 S. Old Woodward Ave. Ste. 200

Birmingham MI 48009

Counsel to Ramco-Gershenson Properties, LP, Bridgewater Falls Station, LLC, Ramco Jackson Crossing SPE, LLC, VORH, LLC, Vestar DRM-OPCO, LLC, Vestar CPT Tempe Marketplace, LLC, VPQCM, LLC, VESTAR/KIMCO TUSTIN, L.P., Coventry III/Satterfield Helm Valley Fa

Clark Hill PLC

Attn: Karen M. Grivner, Esq.

824 N. Market St. Ste. 710

Wilmington DE 19801

Counsel to Office of Unemployment Compensation Tax Services (UCTS).

Commonwealth of Pensylvania Department of Labor and Industry

Attn: Deb Secrest

651 Boas Street

Room 702

Harrisburg PA 17121

Counsel to 3503 RP Waco Central Limited Partnership, RPAI San Antonio Huebner Oaks Limited Partnership, RPAI Oswego Gerry Centennial, L.L.C., and RPAI Mansfield Limited Partnership

Connolly Gallagher LLP

Attn: Karen C. Bifferato, Esq., Kelly M. Conlan, Esq.

1000 West Street, Suite 1400

Wilmington DE 19801

Counsel to the Official Committee of Unsecured Creditors

Cooley LLP

Attn: Cathy Hershcopf, Seth Van Aalten, Summer M. McKee, Seth Van Aalten

1114 Avenue of the Americas

New York NY 10036

County of Loudoun, Virginia

County of Loudoun, Virginia

Attn: Steven F. Jackson

One Harrison Street, S.E., 5th Floor

PO Box 7000

Leesburg VA 20177-7000

Prepetiton ABL Agent & RCF Agent

Credit Suisse AG

Attn:  Agency Group

Cayman Island Branch

Eleven Madison Avenue

New York NY 10010

Delaware Attorney General
Delaware Attorney General
Attn Bankruptcy Dept
Carvel State Office Bldg
820 N French St 6th Fl
Wilmington DE 19801

Delaware Division of Revenue
Delaware Division of Revenue
Zillah Frampton
820 N French St
Wilmington DE 19801

Delaware Secretary of State
Delaware Secretary of State
Corporations Franchise Tax
PO Box 898
Dover DE 19903

Delaware State Treasury
Delaware State Treasury
Attn Bankruptcy Dept
820 Silver Lake Blvd
Ste 100
Dover DE 19904

Counsel to Citibank, N.A., as DIP Agent
Duane Morris
Attn:  Michael R. Lastowski, Esq., Jarret P. Hitchings, Esq.
222 Delaware Avenue
Suite 1600
Wilmington DE 19801-1659

Counsel to Bank of New York Mellon Trust Company, N.A.
Emmet, Marvin & Martin, LLP
Attn: Edward P. Zujkowski, Esq., Thomas A. Pitta, Esq.
120 Broadway
32nd Floor
New York NY 10271

Environmental Protection Agency - Region 3
Environmental Protection Agency
Attn:  Bankruptcy Dept
1650 Arch Street
Philadelphia PA 19103-2029

Counsel to Cord Meyer Development LLC
Farrell Fritz, P.C.
Attn: Patrick Collins, Veronique Urban
400 RXR Plaza
Uniondale NY 11556

Counsel to Oaktree Capital Management, L.P.
Fox Rothschild LLP
Attn:  Jeffrey M. Schlerf, Margaret M. Manning
919 North Market Street
Suite 300
Wilmington DE 19801

Counsel to BOKF, National Association
Frederic Dorwart, Lawyers PLLC
Attn: Samuel S. Ory
124 East Fourth Street
Tulsa OK 74103-5010

Counsel to BOKF, National Association

Frederic Dorwart, Lawyers, PLLC

Attn: Samuel S. Ory, Esquire

124 East Fourth Street

Tulsa OK 74103

Counsel to Washington Prime Group Inc.

Frost Brown Todd LLC

Attn:  Ronald E. Gold, A.J. Webb

3300 Great American Tower

301 East Fourth Street

Cincinnati OH 45202

Restructuring Advisors to Debtors

FTI Consulting, Inc.

Attn:  Dan Hugo, Michael Paykin, & John Hayes

227 W Monroe Street

Suite 900

Chicago IL 60606

Top 30

GGP Limited Partnership

Attn:  Julie Minnick Bowden

320 N. Orleans

Suite 300

Chicago IL 60654-1607

Top 30

GGP Limited Partnership

Attn:  Julie Minnick Bowden

P.O. Box 776250

Chicago IL 60677-6250

Counsel to GGP Limited Partnership

GGP Limited Partnership, as Agent

Attn:  Kristen N. Pate

350 N. Orleans Street

Suite 300

Chicago IL 60654-1607

Counsel to American Lebanese Syrian Associated Charities, Inc.

Gibbons P.C.

Attn: Natasha M. Songonuga, Esq.

300 Delaware Ave

Suite 1015

Wilmington DE 19801-1761

Counsel to Credit Suisse AG, Cayman Islands Branch

Gibson, Dunn & Crutcher LLP

Attn: David M. Feldman, Esq., J. Eric Wise, Esq., Matthew P. Porcelli, Esq.

200 Park Avenue

New York NY 10166-0193

Counsel to CambridgeSide Galleria Associates Trust, New Westgate Mall LLC, Warwick Mall Owner LLC, W/S Wareham Properties LLC, W/S Smithfield Associates LLC, W/S Peak Canton Properties LLC, W/S/M Hingham Properties LLC,

Goulston & Storrs PC

Attn: Vanessa P. Moody, Douglas B. Rosner

400 Atlantic Avenue

Boston MA 02110-333

Counsel to Kahala Center Company

Hanson Bridgett LLP

Attn: Nancy J. Newman

425 Market Street

26th Floor

San Francisco CA 94105

Counsel to Plaza Las Americas, Inc. and Del Caribe, S.E.
Holland & Knight LLP
Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq.
701 Brickell Avenue
Suite 3300
Miami FL 33131

Counsel to QKC Maui Owner, LLC
Honigman Miller Schwartz and Cohn LLP
Attn: Lawrence A. Lichtman, Esq.
2290 First National Building
660 Woodward Avenue
Detroit MI 48226

Counsel to The County of Imperial, California
Imperial County Treasurer-Tax Collector
Attn: Flora Oropeza, Karen Vogel
940 West Main Street
Suite 106
El Centro CA 92243

IRS Insolvency Section
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Mail Stop 5 Q30 133
Philadelphia PA 19104-5016

IRS Insolvency Section
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346

Counsel to Iron Mountain Information Management, LLC
Iron Mountain Information Management, LLC
Attn: Joseph Corrigan
One Federal Street
Boston MA 02110

Counsel to DDR Corp., GGP Inc., Regency Centers, L.P. and
Turnberry Associates
Kelley Drye & Warren LLP
Attn:  Robert L. LeHane, Esq.
101 Park Avenue
New York NY 10178

Counsel to Cookeville Retail Holdings, LLC
Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
Washington Building Barnabas Business Center
4650 North Port Washington Road
Milwaukee WI 53212-1059

Counsel to PREIT Services, LLC, as Agent for Moorestown Mall, LLC,
PR Capital City Limited Partnership, PR Exton Square Property, LP,
PR Pymouth Limited Partnership, PR Viewmont Limited
Partnership, Susquehanna Valley Mall Associates, PR Financing
Limited
Kurtzman | Steady, LLC
Attn:  Jeffrey Kurtzman, Esquire
401 S. 2nd Street Suite 200
Philadelphia PA 19147

Counsel to Citibank, N.A., as DIP Agent
Latham & Watkins LLP
Attn:  Richard A. Levy, Esq.
330 North Wabash Avenue
Suite 2800
Chicago IL 60611

Counsel to Citibank, N.A., as DIP Agent

Latham & Watkins LLP

Attn: Annemarie V. Reilly, Esq., David A. Hammerman, Esq.

885 Third Avenue

New York NY 10022

Counsel to The Taubman Landlords, Counsel to Kahala Center Company

Law Office of Susan E. Kaufman, LLC

Attn: Susan E. Kaufman, Esquire

919 North Market Street

Suite 460

Wilmington DE 19801

Counsel to Newkoa, LLC

Law Offices of Ronald K. Brownn Jr., APC

Attn: Ronald K. Brown, Jr.

901 Dove Street

Suite 120

Newport Beach CA 92660

Counsel to Westfield, LLC and its affiliates

LeClairRyan, a Professional Corporation

Attn: Andrew L. Cole

800 North King Street

Suite 303

Wilmington DE 19801

Counsel to Westfield, LLC and its affiliates and Brooks Shopping Centers, LLC

LeClairRyan, a Professional Corporation

Attn: Niclas A. Ferland, Esq., Ilan Markus, Esq.

545 Long Wharf Drive

9th Floor

New Haven CT 06511

Counsel to Bexar County

Linebarger Goggan Blair & Sampson, LLP

Attn: Don Stecker

711 Navarro Street

Ste 300

San Antonio TX 78205

Counsel to Jefferson County

Linebarger Goggan Blair & Sampson, LLP

Attn: Clayton E. Mayfield

1148 Park Street

Beaumont TX 77701-3614

Counsel to Nueces County, Cameron County, Hidalgo County,City of Harlingen, Victoria County, City of McAllen, Harlingen CISD, and San Marcos CISD

Linebarger Goggan Blair & Sampson, LLP

Attn: Diane Wade Sanders

P.O. Box 17428

Austin TX 78760

Counsel to Rockwall CAD, Allen ISD, Tarrant County, Dallas County, City of Carrollton and City of Frisco

Linebarger Goggan Blair & Sampson, LLP

Attn: Elizabeth Weller

2777 N. Stemmons Freeway

Suite 1000

Dallas TX 75207

Counsel to Cypress-Fairbanks ISD, Angelina County, Galveston County, Fort Bend County, Montgomery County, and Harris County

Linebarger Goggan Blair & Sampson, LLP

Attn: John P. Dillman

PO Box 3064

Houston TX 77253-3064

Counsel to Ashley Park Property Owner LLC
Macey Wilensky & Hennings, LLP
Attn: Todd H. Surden
5500 Interstate North Parkway
Suite 435 RiverEdge One
Atlanta GA 30328

Counsel to Ken Burton, Jr., Manatee County Tax Collector
Manatee County, Florida
Attn: Kerri Ward, Legal & Collection Specialist, CFCA
1001 3rd Ave W
Suite 240
Bradenton FL 34205

Counsel to Maricopa County Treasurer
Maricopa County Attorney's Office
Attn: Peter Muthig
222 North Central Avenue
Suite 1100
Phoenix AZ 85004-2206

Counsel to Tax Appraisal District of Bell County
McCreary, Veselka, Bragg & Allen, P.C.
Attn: Lee Gordon
P.O. Box 1269
State Bar Number 08212500
Round Rock TX 78680

Counsel to The County of Guadalupe, Texas and City of Waco
and/or Waco Independent School District
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attn: Tara LeDay
P.O. Box 1269
Round Rock TX 78680

Counsel to TKG Management, Inc.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Attn: David P. Primack, Esq.
300 Delaware Ave.
Suite 770
Wilmington DE 19801

Counsel to Aviation Mall NewCo, LLC, Carousel Center Company, L.P., Champlain Centre North, LLC, Crossgates Mall General Company NewCo, LLC, Crystal Run NewCo, LLC, Pyramid Mall of
Hadley NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner L
Menter, Rudin & Trivelpiece, P.C.
Attn: Kevin M. Newman
308 Maltbie Street, Suite 200
Syracuse NY 13204-1439

Counsel to Miami-Dade County Tax Collector
Miami-Dade County, FL
Attn: Priscilla A. Windley
Miami Dade Bankruptcy Unit
200 NW 2nd Avenue, #430
Miami FL 33128

Counsel to The Marion Plaza, Inc., Governor's Square Company, Huntington Mall Company, Kentucky Oaks Mall
Company, Meadowbrook Mall Company, Cafaro-Peachcreek Joint Venture Partnership, Ohio Valley Mall, Company, Sandusky Mall Company, The Cafaro Northwes
Monzack Mersky McLaughlin and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington DE 19801

Counsel to BOKF, National Association
Morris James LLP
Attn: Eric J. Monzo, Esquire
Brenna A. Dolphin, Esquire
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington DE 19899-2306

Counsel to Ad Hoc First Lien Group

Morris, Nichols, Arsht & Tunnell LLP

Attn: Robert J. Dehney, Paige N. Topper

1201 N. Market St.

16th Floor

Wilmington DE 19899-1347

Counsel to Commonwealth of Pennsylvania, Department of Revenue

Office of Attorney General

Attn: Carol E. Momjian

The Phoenix Building

1600 Arch Street, Suite 300

Philadelphia PA 19103

United States Trustee District of Delaware

Office of the United States Trustee

Attn: Mark S. Kenney

844 King St

Ste 2207

Wilmington DE 19801

Counsel to the Oklahoma County Treasurer

Oklahoma County Treasurer

Attn: Gretchen Crawford, Assistant District Attorney

320 Robert S. Kerr

Room 505

Oklahoma City OK 73102

Counsel to Apollo Management Holdings, L.P.

Paul, Weiss, Rifkind, Wharton & Garrison LLP

Attn: Jeffery D. Saferstein, Neal Donnelly, Emma Carlson

1285 Avenue of the Americas

New York NY 10019-6064

Counsel to Carrollton-Farmers Branch ISD, City of Garland, Garland ISD, City of Burleson, Burleson ISD, City of Grapevine, Grapevine-Colleyville ISD, Arlington ISD, Crowley ISD, Mansfield ISD Perdue, Brandon, Fielder, Collins & Mott, L.L.P.

Attn: Ebony Cobb

500 E. Border Street, Suite 640

Arlington TX 76010

Counsel to Spring Branch Independent School District, Clear Creek Independent School District, Alief Independent School District, Alief Independent School District, Fort Bend Independent School District, Magnolia Independent School District, Dickinson Ind Perdue, Brandon, Fielder, Collins & Mott, L.L.P.

Attn: Owen M. Sonik

1235 North Loop West, Suite 600

Houston TX 77008

Counsel to City of Wichita Falls, Wichita Falls Independent School District and Wichita County

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.

Attn: Jeanmarie Baer

P.O. Box 8188

Wichita Falls TX 76307

Counsel to City of Mercedes, Kerr County, and Maverick County

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.

Attn: John T. Banks

3301 Northland Drive

Suite 505

Austin TX 78731

Counsel to Lubbock Central Appraisal District and Midland County

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.

Attn: Laura J. Monroe

P.O. Box 817

Lubbock TX 79408

Top 30
Popsockets
Attn:  David Barnett
3033 Sterling Circle
Suite 100
Boulder CO 80301

Claims Agent
Prime Clerk LLC
Attn:  Josh Karotkin
830 3rd Ave FL 3
New York NY 10022

Counsel to Wilmington Savings Fund Society as Indenture Trustee
for the 8.875% Senior Second Lien Notes due 2019 issued by
Claire's Stores, Inc., pursuant to that certain indenture dated as of
March 4, 2011
Pryor Cashman LLP
Attn: Seth H. Lieberman, Patrick Sibley,
Matthew W. Silverman
7 Times Square
New York NY 10036

Counsel to Riley County, Kansas
Riley County Treasurer
Attn: Shilo Heger
110 Courthouse Plaza
1st Floor
Manhattan KS 66502

Counsel to  The San Diego Treasurer-Tax Collector of
California
San Diego Treasurer-Tax Collector of California
Attn: Dan McAllister
1600 Pacific Highway
Room 162
San Diego CA 92101

Counsel to Credit Suisse AG, Cayman Islands Branch
Potter Anderson & Corroon LLP
Attn: Jeremy W. Ryan, D. Ryan Slaugh
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington DE 19899

Counsel to Aspen GRF2, LLC
Procopio, Cory, Hargreaves & Savitch LLP
Attn: Gerald P. Kennedy, Esq.
525 B Street
Suite 2200
San Diego CA 92101

Counsel to Debtor
Richards, Layton & Finger, P.A.
Attn:  Daniel J. DeFranceschi, Zachary I. Shapiro, Brendan J.
Schlauch, & Brett M. Haywood
One Rodney Square
920 North King Street
Wilmington DE 19801

Counsel to Greater Lakeside Corporation and North
Riverside Park Associates LLC
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Fred B. Ringel, Esq.
875 Third Avenue
9th Floor
New York NY 10022

Counsel to Plaza Las Americas, Inc. and Del Caribe, S.E.,
Counsel to Weingarten Realty Investors
Saul Ewing Arnstein & Lehr LLP
Attn: John D. Demmy, Esq.
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington DE 19899

Counsel to The District, L.C.
Scalley Reading Bates Hansen & Rasmussen, P.C.
Attn: Darwin H. Bingham, Esq.
15 West South Temple
Suite 600
Salt Lake City UT 84101

Securities and Exchange Commission - Headquarters
Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington DC 20549

Securities and Exchange Commission - Regional Office
Securities & Exchange Commission - NY Office
Attn: Bankruptcy Dept
Brookfield Place
200 Vesey Street Ste 400
New York NY 10281-1022

Securities and Exchange Commission - Regional Office
Securities & Exchange Commission - Philadelphia Office
Attn: Bankruptcy Dept
One Penn Center
1617 JFK Blvd Ste 520
Philadelphia PA 19103

Counsel to AGNL Bling, LLC
Sheppard Mullin Richter & Hampton LLP
Attn: Edward H. Tillinghast, Esq.
30 Rockefeller Plaza
New York NY 10112

Counsel to Simon Property Group, Inc.
Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis IN 46204

Top 30
Simon Property Group, LP
Attn: Ronald Tucker
225 West Washington Street
Indianapolis IN 46204

Top 30
Simon Property Group, LP
Attn: Ronald Tucker
P.O. Box 2004
Indianapolis IN 46206-2004

Counsel to RED Development, LLC
Singer & Levick, P.C.
Attn: Michelle E. Shriro, Esq.
16200 Addison Road
Suite 140
Addison TX 75001

Counsel to Nicholas Park Mall LLC
Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon, Esquire
123 South Broad Street
Suite 2100
Philadelphia PA 19109

Counsel to Levin Management Corporation

Stark & Stark, P.C.

Attn: Thomas S. Onder, Esquire, Joseph H. Lemkin, Esquire

P.O. Box 5315

Princeton NJ 08543

Top 30

Studex Corp.

Attn:  President or General Counsel

521 Rosecrans Avenue

Gardena CA 90248-1514

Counsel to The Marion Plaza, Inc. dba Eastwood Mall; Governor's Square Company dba Governor's Square Mall; Huntington Mall Company dba Huntington Mall; Kennedy Mall, Ltd. dba Kennedy Mall; Kentucky Oaks Mall Company dba Kentucky Oaks Mall; Meadowbrook Mall

The Cafaro Company

Attn:  Richard T. Davis

5577 Youngstown-Warren Rd.

Niles OH 44446

Counsel to The Taubman Landlords

The Taubman Company

Attn:  Andrew S. Conway, Esquire

200 East Long Lake Road

Suite 300

Bloomfield Hills MI 48304

Counsel to Donahue Schriber Realty Group

Trainor Fairbrook

Attn: Jennifer L. Pruski, Esquire

Post Office Box 255824

Sacramento CA 95865

Counsel to Travis County

Travis County

Attn: Kay D. Brock

P.O. Box 1748

Austin TX 78767

US Attorney for the District of Delaware

US Attorney for Delaware

Charles Oberly c/o Ellen Slights

1007 Orange St Ste 700

PO Box 2046

Wilmington DE 19899-2046

Counsel to Debtor

Weil, Gotshal & Manges LLP

Attn:  Ray C. Schrock, P.C., Matthew S. Barr, & Ryan Preston Dahl, Danielle D. Donovan

767 Fifth Avenue

New York NY 10153

Counsel to Weingarten Realty Investors

Weingarten Realty Investors

Attn: Jenny J. Hyun, Esq.

2600 Citadel Plaza Drive

Suite 125

Houston TX 77008

Counsel to Oaktree Capital Management, L.P.

White & Case LLP

Attn: J. Christopher Shore, Esq., Harrison Denman, Esq., David M. Turetsky, Esq., Ian J. Silverbrand, Esq.

1221 Avenue of the Americas

New York NY 10020-1095

Counsel to Oaktree Capital Management, L.P.

White & Case LLP

Attn: Thomas E Lauria, Esq., Jason N. Zakia, Esq.

200 South Biscayne Boulevard

Suite 4900

Miami FL 33131

Counsel to AT&T

Whiteford, Taylor & Preston LLC

Attn: Christopher M. Samis Esq., L. Katherine Good, Esq.

The Renaissance Centre

405 North King Street, Suite 500

Wilmington DE 19801

Counsel to Ad Hoc First Lien Group

Willkie, Farr & Gallagher LLP

Attn:  Matthew A. Feldman, Brian S. Lennon, Daniel Forman

787 Seventh Avenue

New York NY 10019-6099

Claire's Stores Term Loan Agent

Wilmington Trust, National Association

Attn:  Meghan McCauley

50 South Sixth Street

Suite 1290

Minneapolis MN 55402

Counsel to Apollo Management Holdings, L.P.

Young Conaway Stargatt & Taylor, LLP

Attn: Pauline K. Morgan, Sean T. Greecher

Rodney Square

1000 North King Street

Wilmington DE 19801