**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
CLAIRE'S STORES, INC., et al.,                               :    Case No. 18-10584 (MFW)
                                                             :
                        Debtors.[1]                          :    Jointly Administered
                                                             :
                                                             :    Re: Docket Nos. 614, 732, 771, 772,
                                                             :    776 & 785
------------------------------------------------------------ x
```

**ORDER (I) EXTENDING**
**THE EXCLUSIVE PERIODS AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of Claire's Stores, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned Chapter 11 Cases (collectively, the "**Debtors**"), for entry of order pursuant to section 1121(d) of title 11 of the United States Code (the "**Bankruptcy Code**"), for an order extending the Debtors' exclusive periods in which to file a chapter 11 plan (the "**Exclusive Filing Period**") and solicit acceptances thereof (the "**Exclusive Solicitation Period**" and, together with the Exclusive Filing Period, the "**Exclusive Periods**"), all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Claire's Inc. (6919); Claire's Stores, Inc. (0416); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Puerto Rico Corp. (6113); and CSI Canada LLC. The Debtors' corporate headquarters and service address is 2400 West Central Road, Hoffman Estates, Illinois 60192.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion, the objection thereto [Docket No. 732], the statements filed regarding the Motion [Docket Nos. 771, 776 & 785] and the Debtors' response in support thereof [Docket No. 772]; and this Court having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court on August 17, 2018 (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interests; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. For the reasons set forth on the record at the Hearing, the Motion is granted as provided herein.

2. Any objections to the entry of this Order or the relief granted herein and requested in the Motion are hereby denied and overruled.

3. Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Filing Period is extended through and including October 15, 2018.

4. Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Solicitation Period is extended through and including December 14, 2018.

5. The extension of the Exclusive Periods granted herein are without prejudice to such further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code by the Debtors or any party in interest, for cause, upon notice and hearing.

6. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: August 17th, 2018**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

3

RLF1 19875247V.1