| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matt Feldman | Willkie | Ad Hoc 1L |
| Todd Cosenza | " | " |
| Rob Dehney | Morris Nichols | " |
| Andrew Remming | " | " |
| Ray Schrock | Weil, Gotshal | Debtors |
| Paul Genender | " " | " " |
| Don DeFranchi | RLF | " " |
| Zul Shapiro | -: v | " " |
| Justin Callaho | | |
| Erin Fay | Bayard | Official Committee of Unsecured Creditors |
| Beth Brownstein | " | " |
| Eric Monzo | Arent Fox | BOKF, AS Trustee |
| Bill Bowden | Morris James | " " |
| Laurel Roglen | Ashby Geddes | WSF5 |
| AnneMarie Riley | Ballard Spahr | Various Landlords |
| Scott Hiltzi | Latham | Citi |
| Matthew Silverman | Dennis Perris | " |
| Thomas Lewis | Pryor Cashman | WSF5 |
| Christopher Shore | White & Case | Oaktree Capital |

**SIGN-IN SHEET**

**CASE NAME:** Claire's Stores, Inc.

**CASE NUMBER:** 18-10584 (MFW)

**COURTROOM NUMBER:** 4

**DATE:** September 12, 2018 at 10:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeff Schlee | For Kellysld | Oaktre Capital |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

**Calendar Date:** 09/12/2018

**Calendar Time:** 10:30 AM ET

# U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

### Honorable Mary F. Walrath

#4

2nd Revision    Sep 12 2018  5:33AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Claire's Stores, Inc. | 18-10584 | Hearing | 9307017 | Rashida Adams | (212) 819-8200 ext. | White & Case LLP | Creditor, Oaktree / LISTEN ONLY |
| | | Claire's Stores, Inc. | 18-10584 | Hearing | 9308104 | Negisa Balluku | (212) 617-0147 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Claire's Stores, Inc. | 18-10584 | Hearing | 9310501 | Rob Beatson | (212) 270-4790 ext. | JP Morgan Chase & Co. | Interested Party, JP Morgan Chase & Co. / LISTEN ONLY |
| | | Claire's Stores, Inc. | 18-10584 | Hearing | 9297389 | Howard S. Beltzer | (212) 408-5100 ext. | Norton Rose Fulbright US LLP | Creditor, Certain Directors / LISTEN ONLY |
| | | Claire's Stores, Inc. | 18-10584 | Hearing | 9310498 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Claire's Stores, Inc. | 18-10584 | Hearing | 9309962 | David Bright | (415) 693-2852 ext. | Cooley LLP ( All Offices) | Interested Party, Cooley LLP / LIVE |
| | | Claire's Stores, Inc. | 18-10584 | Hearing | 9305122 | James H. Burbage | (212) 728-3593 ext. | Willkie Farr & Gallagher LLP | Creditor, Ad Hoc First Lien Group / LISTEN ONLY |
| | | Claire's Stores, Inc. | 18-10584 | Hearing | 9305337 | Emma Carlson | (212) 373-3299 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, Apollo Management Holdings / LISTEN ONLY |
| | | Claire's Stores, Inc. | 18-10584 | Hearing | 9309388 | Michael Collins | (303) 217-4506 ext. | Wazee Street Capital Management LLC | Interested Party, Wazee Street Capital Management / LISTEN ONLY |
| | | Claire's Stores, Inc. | 18-10584 | Hearing | 9297343 | Eric C. Daucher | (212) 408-5405 ext. | Norton Rose Fulbright US LLP | Creditor, Certain Directors / LISTEN ONLY |
| | | Claire's Stores, Inc. | 18-10584 | Hearing | 9306372 | Jason DiBattista | (212) 205-8553 ext. | LevFin Insights | Interested Party, LevFin Insights / LISTEN ONLY |
| | | Claire's Stores, Inc. | 18-10584 | Hearing | 9305051 | Brian Guiney | (212) 336-2305 ext. | Patterson Belknap Webb & Tyler | Interested Party, FFI Funds / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claire's Stores, Inc. | 18-10584 | Hearing | 9305023 | Cathy Hershcopf | (212) 479-6138 ext. | Cooley LLP ( All Offices) | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Claire's Stores, Inc. | 18-10584 | Hearing | 9309923 | Patrick J. Holohan | (646) 412-5336 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| Claire's Stores, Inc. | 18-10584 | Hearing | 9309105 | Michael A. Klein | (212) 479-6142 ext. | Cooley LLP ( All Offices) | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Claire's Stores, Inc. | 18-10584 | Hearing | 9307927 | Stephen Lam | (646) 865-7157 ext. | Corre Partners | Creditor, Corre partners / LISTEN ONLY |
| Claire's Stores, Inc. | 18-10584 | Hearing | 9306284 | Richard A. Levy | (312) 876-7692 ext. | Latham & Watkins LLP | Interested Party, Latham & Watkins LLP / LISTEN ONLY |
| Claire's Stores, Inc. | 18-10584 | Hearing | 9302769 | Thomas A. Pitta | (212) 238-3148 ext. | Emmet, Marvin & Martin, LLP | Creditor, The Bank of New York Mellon / LIVE |
| Claire's Stores, Inc. | 18-10584 | Hearing | 9306286 | Jennifer D. Raviele | (212) 808-7884 ext. | Kelley Drye & Warren LLP | Creditor, GGP, Inc. / LIVE |
| Claire's Stores, Inc. | 18-10584 | Hearing | 9309280 | Steven J. Reisman | (212) 940-3837 ext. | Katten Muchin Rosenman LLP | Interested Party, Lazard Freres & Co. / LIVE |
| Claire's Stores, Inc. | 18-10584 | Hearing | 9307160 | Michelle E. Shriro | (972) 380-5533 ext. | Singer & Levick, PC | Creditor, RED Development / LISTEN ONLY |
| Claire's Stores, Inc. | 18-10584 | Hearing | 9302245 | Matthew W. Silverman | (212) 421-4100 ext. | Pryor Cashman, LLP | Creditor, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| Claire's Stores, Inc. | 18-10584 | Hearing | 9308675 | George Singer | (612) 371-3234 ext. 000 | Ballard Spahr LLP | Debtor, Claire Stores / LIVE |
| Claire's Stores, Inc. | 18-10584 | Hearing | 9307931 | Chris Stauble | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Debtor, Claire's Stores Inc. / LISTEN ONLY |
| Claire's Stores, Inc. | 18-10584 | Hearing | 9307925 | Jessica Steinhagen | (212) 568-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |