UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                                            :

In re                                               :          Chapter 11

**CLAIRE'S STORES, INC.,** *et al.*,        :          Case No. 18-10584 (MFW)

                           Debtors.[1]          :          (Jointly Administered)

---------------------------------------------------------- x

**NOTICE OF *THIRD AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER *21*, 2018 AT 9:00 A.M. (ET)[3]**

> *WITH THE PERMISSION OF THE COURT, THE HEARING HAS BEEN CONTINUED TO FRIDAY, SEPTEMBER 21, 2018 AT 9:00 A.M. (ET).*

I. **UNCONTESTED MATTER:**

1. Motion to File Under Seal an Unredacted Version of (I) Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors and (II) a Declaration in Support Thereof [D.I. 651; filed July 19, 2018]

   Response/Objection Deadline:         August 9, 2018 at 4:00 p.m. (ET)

   Responses/Objections Received:      None

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Claire's Inc. (6919); Claire's Stores, Inc. (0416); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Puerto Rico Corp. (6113); and CSI Canada LLC. The Debtors' corporate headquarters and service address is 2400 West Central Road, Hoffman Estates, Illinois 60192.

[2] **Further amended agenda items appear in bold.**

[3] The hearing is a continuation of the hearing that commenced on September 17, 2018 at 9:00 a.m. The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 prior to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

Related Documents

- A. Motion of Oaktree Capital Management, L.P for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on behalf of Certain of the Debtors (SEALED) [D.I. 648; filed July 19, 2018] *(see agenda item #5)*

- B. Motion of Oaktree Capital Management, L.P for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on behalf of Certain of the Debtors (REDACTED) [D.I. 649; filed July 19, 2018] *(see agenda item #5i)*

- C. Declaration of Harrison Denman in Support of Oaktree's Standing Motion (SEALED) [D.I. 650; filed July 19, 2018] *(see agenda item #5ii)*

Status: **The hearing on this matter, if necessary, has been adjourned to a date to be determined.**

## II. PLAN CONFIRMATION:

2. Modified Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 855; filed August 31, 2018]

   Confirmation Objection Deadline: September 5, 2018 at 4:00 p.m. (ET); extended for certain parties

   Confirmation Objections Received:

   - A. Limited Objection of Casto-Oakbridge Venture, LTD to Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 829; filed August 30, 2018]

     Status: This objection has been resolved.

   - B. Objection of IREIT Flowood Dogwood, L.L.C. and Yuma Palms LeaseCo. L.L.C. to Cure Amounts Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtors Affiliates [D.I. 831; filed August 30, 2018]

     Status: The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); **the non-cure-related portion has been resolved**.

   - C. Objection of 3503 RP Waco Central Limited Partnership, RPAI Mansfield Limited Partnership and RPAI Oswego Gerry Centennial, L.L.C. to Cure Amounts Set Forth in Notice of Filing of Second Plan Supplement to

2

Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 832; filed August 30, 2018]

> Status: The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); **the non-cure-related portion has been resolved**.

D. Objection of BRE RC Las Palmas MP TX LP and Excel Monte Vista LP to Cure Amounts Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 837; filed August 31, 2018]

> Status: The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); **the non-cure-related portion has been resolved**.

E. CBL & Associates Management, Inc.'s Limited Objection to Debtor's Stated Cure Amounts [D.I. 840; filed August 31, 2018]

> Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

F. Objection by Westfield, LLC and Affiliates to Proposed Cure Amounts as Proposed in Second Plan Supplement [D.I. 862; filed September 4, 2018]

> Status: The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); **the non-cure-related portion has been resolved**.

G. Objection of Aspen GRF2, LLC to Cure Amount Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 868; filed September 4, 2018]

> Status: The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); **the non-cure-related portion has been resolved**.

H. Amended Objection of Aspen GRF2, LLC to Cure Amount Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 870; filed September 4, 2018]

> Status: The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); **the non-cure-related portion has been resolved**.

I.  Objection by Brooks Shopping Centers, LLC to Cure Amount as Proposed in Second Plan Supplement [D.I. 884; filed September 5, 2018]

   Status: The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); **the non-cure-related portion has been resolved**.

J.  Limited Objection of Aronov Realty Management, Brixmor Property Group, Inc., Centennial Real Estate Company, LLC, CenterCal Properties, LLC, Dallas Galleria Investors, LLC, Deutsche Asset & Wealth Management, Durango Mall LLC, Federal Realty Investment Trust, Gallatin Mall Group, LLC, Gemini Rosemont Corporation, GEM Realty Capital, Inc., GS Pacific ER LLC, KRE Broadway Mall Owner, LLC, KRE Colonie Owner, LLC, North Park Mall Limited Partnership, Pappas Laguna No. 2 LP, Passco Companies, LLC, PGIM Real Estate, Poag Shopping Centers, LLC, Starwood Retail Partners LLC, ST Mall Owner LLC, The Forbes Company, The Macerich Company, Valley Square Owner, LLC, Vintage Real Estate LLC, Waxahachie TC Partners, Ltd., WBCMT 2007-C33 Independence Center LLC, Weitzman, White Plains Galleria Limited Partnership, and YTC Mall Owner, LLC to the Modified Second Amended Joint Chapter 11 Plan of Reorganization of Claires Stores, Inc. and its Debtor Affiliates [D.I. 885; filed September 5, 2018]

   Status: The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); **the non-cure-related portion has been resolved**.

K.  Objection and Reservation of Rights of Wilmington Savings Fund Society, FSB to Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization [D.I. 888; filed September 5, 2018]

   Status: **This objection has been resolved as stated on the record on September 17, 2018; the parties are working to finalize the Contingent Value Rights Agreement contemplated by the Third Amended Plan.**

L.  Limited Objection of Weingarten Realty Investors to the Modified Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 889; filed September 5, 2018]

   Status: **The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); the non-cure-related portion has been resolved.**

M.  Limited Objection of Certain Landlords to Confirmation of Modified Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 890; filed September 5, 2018]

Status: **This objection has been resolved.**

N. Limited Objection and Joinder of CAPREF Lloyd II LLC, CAPREF Eden Prairie LLC, CAPREF Smyrna LLC, CAPREF Brookwood Village LLC, and CAPREF Burbank LLC to the Modified Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 891; filed September 5, 2018]

   Status: **This objection has been resolved.**

O. Objection by the United States to the Debtors' Modified Second Amended Joint Chapter 11 Plan of Reorganization [D.I. 893; filed September 5, 2018]

   Status: **This objection has been resolved.**

P. Limited Objection to DOTRS Limited Liability Company to Treatment of its Claim as Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 895; filed September 5, 2018]

   Status: The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); **the non-cure-related portion has been resolved**.

Q. Objection of Plaza las Americas, Inc. and Plaza del Caribe SE to Cure Amounts Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 896; filed September 5, 2018]

   Status: **The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); the non-cure-related portion has been resolved**.

R. Limited Objection of G&I VII Retail Carriage LLC to Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 897; filed September 5, 2018]

   Status: This objection has been withdrawn.

S. Limited Objection to the Confirmation of the Proposed Plan [D.I. 898; filed September 5, 2018]

   Status: This objection has been resolved.

T. Joinder of the Taubman Landlords in the Limited Objection of Aronov Realty Management, Brixmor Property Group, Inc., Centennial Real Estate Company, LLC, CenterCal Properties, LLC, Dallas Galleria

5

Investors, LLC, Deutsche Asset & Wealth Management, Durango Mall LLC, Federal Realty Investment Trust, Gallatin Mall Group, LLC, Gemini Rosemont Corporation, GEM Realty Capital, Inc., GS Pacific ER LLC, KRE Broadway Mall Owner, LLC, KRE Colonie Owner, LLC, North Park Mall Limited Partnership, Pappas Laguna No. 2 LP, Passco Companies, LLC, PGIM Real Estate, Poag Shopping Centers, LLC, Starwood Retail Partners LLC, ST Mall Owner LLC, The Forbes Company, The Macerich Company, Valley Square Owner, LLC, Vintage Real Estate LLC, Waxahachie TC Partners, Ltd., WBCMT 2007-C33 Independence Center LLC, Weitzman, White Plains Galleria Limited Partnership, and YTC Mall Owner, LLC to the Modified Second Amended Joint Chapter 11 Plan of Reorganization of Claires Stores, Inc. and its Debtor Affiliates [D.I. 904; filed September 6, 2018]

    Status: **This objection has been resolved.**

U. Objection of Oaktree Capital Management, L.P. to Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan (REDACTED) [D.I. 908; filed September 6, 2018]

    Status: **This objection has been resolved as stated on the record on September 17, 2018; the parties are working to finalize the Contingent Value Rights Agreement contemplated by the Third Amended Plan.**

V. Objection of Oaktree Capital Management, L.P. to Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan (SEALED) D.I. 909; filed September 6, 2018]

    Status: **This objection has been resolved as stated on the record on September 17, 2018; the parties are working to finalize the Contingent Value Rights Agreement contemplated by the Third Amended Plan.**

W. Letter to The Honorable Mary F. Walrath by David Hargreaves [D.I. 910; filed September 5, 2018]

    Status: The hearing on this matter is going forward.

X. Objection of Eric Wathen to Confirmation of Debtors' Second Amended Joint Chapter 11 Plan of Reorganization [D.I. 912; filed September 5, 2018]

    Status: **This objection has been resolved.**

Y. Amended Objection of Plaza las Americas, Inc. and Plaza del Caribe SE to Cure Amounts Set Forth in Notice of Filing of Second Plan Supplement to

Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 913; filed September 7, 2018]

> Status: **The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); the non-cure-related portion has been resolved.**

Z. Limited Objection of Cambridgeside Galleria Associates Trust, New Westgate Mall LLC, W/S Wareham Properties LLC, Legacy Place Properties, Capital Augusta Properties LLC, Route 146 Millbury LLC, W/S/M Hingham Properties LLC, W/S Smithfield Associates, LLC, Market Street Retail South LLC, W/S Peak Canton Properties LLC, Warwick Mall L.L.C. and Berenson Freeport Associates LLC to Debtors' Proposed Cure Amounts [D.I. 918; filed September 7, 2018].

> Status: The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); **the non-cure-related portion has been resolved**.

AA. Objection of Certain Landlords to Debtors' Proposed Cure Amounts [D.I. 929; filed September 10, 2018]

> Status: **The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); the non-cure-related portion has been resolved**.

BB. Limited Objection of VORH Associated, LLC, Green Oak Owner I, LLC, and Coventry III/Satterfield Helm Valley Fair LLC to Cure Amounts Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and to its Debtors Affiliates [D.I. 932; filed September 10, 2018]

> Status: The hearing on the cure-related portion of this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET); **the non-cure-related portion has been resolved**.

CC. Supplemental Objection of Oaktree Capital Management, L.P. to Confirmation of the RSA Plan Related to Recent "Technical Modifications" to the Plan [D.I. 989; filed September 14, 2018]

> Status: **This objection has been resolved as stated on the record on September 17, 2018; the parties are working to finalize the Contingent Value Rights Agreement contemplated by the Third Amended Plan.**

Cure Objection Deadline: September 10, 2018 at 4:00 p.m. (ET); extended for certain parties

7

Cure Objections Received:

A.  Limited Objection of Fordham Road Associates LLC to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. [D.I. 833; filed August 30, 2018]

    Status: This objection has been resolved.

B.  MP Shops at Highland Village, LLC's Objection to Debtors' Proposed Cure Amount [D.I. 841; filed August 31, 2018]

    Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

C.  Limited Objection of QKC Maui Owner, LLC to Modified Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 860; filed September 4, 2018]

    Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

D.  The Taubman Landlords' Cure Claim Objection [D.I. 863; filed September 4, 2018]

    Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

E.  Objection of Aronov Realty Management, Brixmor Property Group, Inc., Centennial Real Estate Company, LLC, CenterCal Properties, LLC, Dallas Galleria Investors, LLC, Deutsche Asset & Wealth Management, Durango Mall LLC, Federal Realty Investment Trust, Gallatin Mall Group, LLC, Gemini Rosemont Corporation, GEM Realty Capital, Inc., GS Pacific ER LLC, KRE Broadway Mall Owner, LLC, KRE Colonie Owner, LLC, North Park Mall Limited Partnership, Pappas Laguna No. 2 LP, Passco Companies, LLC, PGIM Real Estate, Poag Shopping Centers, LLC, Starwood Retail Partners LLC, ST Mall Owner LLC, The Forbes Company, The Macerich Company, Valley Square Owner, LLC, Vintage Real Estate LLC, Waxahachie TC Partners, Ltd., WBCMT 2007-C33 Independence Center LLC, Weitzman, White Plains Galleria Limited Partnership, and YTC Mall Owner, LLC to Debtors' Proposed Cure Amounts Set Forth in the Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claires Stores, Inc. and its Debtor Affiliates [D.I. 886; filed September 5, 2018]

    Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

F.  SFI Ford City - Chicago LLC's Limited Objection to Cure Amount Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 887; filed September 5, 2018]

   Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

G.  Oracle's Limited Objection to and Reservation of Rights Regarding Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 920; filed September 7, 2018]

   Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

H.  Limited Objection of Hendon Golden East, LLC KDI Athens Mall, LLC, KDI Panama Mall, LLC and KDI Rivregate Mall, LLC to the Debtors' Proposed Cure Amounts [D.I. 926; filed September 10, 2018]

   Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

I.  Objection of CAPREF Burbank LLC to Proposed Cure Amount [D.I. 928; filed September 10, 2018]

   Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

J.  Reservation of Rights of Washington Prime Group Inc. to the Cure Amounts Proposed in the Plan Supplement [D.I. 930; filed September 10, 2018]

   Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

K.  Objection of CAPREF Smyrna LLC to Proposed Cure Amount [D.I. 931; filed September 10, 2018]

   Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

L.  Limited Objection of Bloomfield Holdings, LLC to Debtors' Proposed Cure Amount Set Forth in the (I) Notice of Filing of Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates and (II) Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of

Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 933; filed September 10, 2018]

Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

M.   Objection [of Nashville West Shopping Center, LLC] to Proposed Cure Amount [D.I. 935; filed September 10, 2018]

Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

N.   Objection by Oakdale Mall II, L.L.C. to Cure Amount Proposed in Second Plan Supplement to Debtors' Second Amended Joint Chapter 11 Plan of Reorganization [D.I. 945; filed September 11, 2018]

Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

O.   Objection by Urban Edge Caguas LP and UE Bergen Mall Owner LLC to Cure Amount Proposed in Second Plan Supplement to Debtors' Second Amended Joint Chapter 11 Plan of Reorganization [D.I. 946; filed September 11, 2018]

Status: The hearing on this matter has been adjourned to October 15, 2018 at 11:00 a.m. (ET).

Replies:

i.   Reply of the Official Committee of Unsecured Creditors in Support of Confirmation of the Debtors' Modified Second Amended Joint Plan [D.I. 956; filed September 11, 2018]

ii.  Debtors' (I) Memorandum of Law in Support of Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan of Reorganization (with Technical Modifications) and (II) Response to Related Objections (SEALED) [D.I. 961; filed September 11, 2018]

iii. Debtors' (I) Memorandum of Law in Support of Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan of Reorganization (with Technical Modifications) and (II) Response to Related Objections (REDACTED) [D.I. 965; filed September 11, 2018]

iv.  Ad Hoc Group's Reply to Objection of Oaktree Capital Management, L.P. to Confirmation of Debtors' Modified Second Amended Joint Chapter 11 Plan and Statement in Support of Confirmation (SEALED) [D.I. 968; filed September 12, 2018]

10

v. Ad Hoc Group's Reply to Objection of Oaktree Capital Management, L.P. to Confirmation of Debtors' Modified Second Amended Joint Chapter 11 Plan and Statement in Support of Confirmation (REDACTED) [D.I. 969; filed September 12, 2018]

vi. Declaration of Robert J. Dehney in Support of Ad Hoc Group's Reply to Objection of Oaktree Capital Management, L.P. to Confirmation of Debtors' Modified Second Amended Joint Chapter 11 Plan and Statement in Support of Confirmation (SEALED) [D.I. 970; filed September 12, 2018]

vii. Declaration of Robert J. Dehney in Support of Ad Hoc Group's Reply to Objection of Oaktree Capital Management, L.P. to Confirmation of Debtors' Modified Second Amended Joint Chapter 11 Plan and Statement in Support of Confirmation (REDACTED) [D.I. 971; filed September 12, 2018]

viii. Declaration of W. Todd Haney in Support of Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan of Reorganization [Docket No. 982; filed September 14, 2018]

ix. Declaration of Daniel Hugo in Support of Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan of Reorganization [Docket No. 983; filed September 14, 2018]

x. Debtors' Pre-Trial Memorandum in Support of (I) Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan of Reorganization (with Technical Modifications) and (II) Response to Related Objections (SEALED) [Docket No. 985; filed September 14, 2018]

xi. Pre-Trial Brief of Oaktree Capital Management, L.P. (SEALED) [Docket No. 992; filed September 14, 2018]

xii. Debtors' Pre-Trial Memorandum in Support of (I) Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan of Reorganization (with Technical Modifications) and (II) Response to Related Objections (REDACTED) [Docket No. 986; filed September 14, 2018]

xiii. Pre-Trial Brief of Oaktree Capital Management, L.P. (REDACTED) [Docket No. 994; filed September 14, 2018]

xiv. Ad Hoc Group's Reply to Supplemental Objection of Oaktree Capital Management, L.P. to Confirmation of the RSA Plan Related to Recent "Technical Modifications" to the Plan [Docket No. 1000; filed September 14, 2018]

Related Documents:

i. Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 235; filed April 12, 2018]

ii. Proposed Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtors Affiliates [D.I. 236; filed April 12, 2018]

iii. Debtors' Motion for Entry of Order (I) Scheduling Certain Hearing Dates and Deadlines, (II) Establishing Certain Protocols in Connection with the Confirmation of the Debtors' Plan of Reorganization, and (III) Granting Related Relief [D.I. 452; filed June 1, 2018]

iv. Notice of Order (I) Requiring Debtors' Resolicitation of Bids and (II) Establishing Related Deadlines and Procedures [D.I. 545; filed June 22, 2018]

v. First Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 585; filed July 7, 2018]

vi. Proposed Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtors Affiliates [D.I. 586; filed July 8, 2018]

vii. Notice of Filing of Blacklines of Amended Plan and Revised Disclosure Statement [D.I. 588; filed July 8, 2018]

viii. Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 622; filed July 16, 2018]

ix. Proposed Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtors Affiliates [D.I. 625; filed July 16, 2018]

x. Notice of Filing of Revised Scheduling Order [D.I. 628; filed July 16, 2018]

xi. Notice of Filing Revised Solicitation Procedures Order [D.I. 629; filed July 16, 2018]

xii. Notice of Filing of Blacklines of Second Amended Plan and the Related Disclosure Statement [D.I. 631; filed July 16, 2018]

xiii. Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtors Affiliates [D.I. 668; filed July 25, 2018]

xiv. Proposed Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtors Affiliates [D.I. 669; filed July 25, 2018]

xv. Notice of Filing of Blacklines of Revised Second Amended Plan and the Related Disclosure Statement [D.I. 670; filed July 25, 2018]

xvi. Order (I) Scheduling Certain Hearing Dates and Deadlines, (II) Establishing Certain Protocols in Connection with the Confirmation of the Debtors' Plan of Reorganization, and (III) Granting Related Relief [D.I. 675; filed July 25, 2018]

xvii. Order (I) Approving the Proposed Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan, and (V) Granting Related Relief [D.I. 679; filed July 26, 2018]

xviii. Notice of Intent to participate in the Confirmation Proceedings [D.I. 681; filed July 26, 2018]

xix. Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of the Proposed Plan, (IV) Procedures for Objecting to the Confirmation of the Proposed Plan, (V) Procedures and Deadline for Voting on the Proposed Plan [D.I. 688; filed July 27, 2018]

xx. Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates (Solicitation Version) [D.I. 689; filed July 27, 2018]

xxi. Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtors Affiliates (Solicitation Version) [D.I. 693; filed July 27, 2018]

xxii. Notice of Filing of Blacklines of Solicitation Plan and the Related Disclosure Statement [D.I. 696; filed July 27, 2018]

xxiii. Notice of Filing of Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 803; filed August 20, 2018]

xxiv. Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 819; filed August 24, 2018]

xxv. Notice of Intent to Participate in Confirmation Proceeding [D.I. 828; filed August 30, 2018]

xxvi. Notice of Filing of Plan Support Agreement [D.I. 854; filed August 31, 2018]

xxvii. Notice of Filing of Blackline of Modified Second Amended Plan [D.I. 856; filed August 31, 2018]

xxviii. Notice of Intent to Participate in Confirmation Proceeding [D.I. 911; filed September 5, 2018]

xxix. Notice of Intent to Participate in Confirmation Proceeding [D.I. 919; filed September 7, 2018]

xxx. Notice of Intent to Participate in Confirmation Proceeding [D.I. 934; filed September 10, 2018]

xxxi. Modified Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates (with Technical Modifications) [D.I. 939; filed September 10, 2018]

xxxii. Notice of Filing of Blackline of Modified Second Amended Plan of with Technical Modifications [D.I. 940; filed September 10, 2018]

xxxiii. Notice Regarding Extension of Voting Deadline to September 14, 2018 at 4:00 p.m. (prevailing Eastern Time) for Certain Voting Classes [D.I. 941; filed September 10, 2018]

xxxiv. Notice of Intent of Certain Landlords to Participate in the Confirmation Proceedings [D.I. 980; filed September 13, 2018]

xxxv. Certification of Counsel Regarding Joint Pre-Trial Order Governing the Confirmation Hearing for the Modified Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores Inc. and its Debtor Affiliates [Docket No. 987; filed September 14, 2018]

xxxvi. Joint Pre-Trial Order Governing the Confirmation Hearing for the Modified Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores Inc. and its Debtor Affiliates [Docket No. 991; filed September 14, 2018]

xxxvii. Declaration of Craig E. Johnson of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Second Amended Joint Chapter 11 Plans of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [Docket No. 1002; filed September 15, 2018]

xxxviii. **Declaration of Scott E. Huckins in Support of Confirmation of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization [Docket No. 1013; filed September 18, 2018]**

xxxix. **Third Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [Docket No. 1018; filed September 18, 2018]**

xl. **Notice of Filing of Blackline of Third Amended Plan [Docket No. 1019; filed September 18, 2018]**

xli. **Notice of Filing of Proposed Confirmation Order [Docket No. 1020; filed September 18, 2018]**

Status: The hearing on this matter will go forward, except with respect to those objections that have been adjourned as noted above.

3. Debtors' Motion in Limine on Intercreditor Agreement (SEALED) [D.I. 957; filed September 11, 2018]

   Objection Deadline: September 14, 2018

   Objections/Responses Received:

   A. Omnibus Objection of Oaktree Capital Management, L.P. to Motions in Limine on Intercreditor Agreements [D.I. 990; filed September 14, 2018]

   Related Documents:

   i. Debtors' Motion in Limine on Intercreditor Agreement (REDACTED) [D.I. 958; filed September 11, 2018]

   ii. Joinder and Supplemental Motion in Limine on Intercreditor Agreements of Wilmington Trust, National Association, Acting Solely in its Capacity as Administrative Agent and Collateral Agent for that Certain First Lien Term Loan as to Which Debtors are Borrowers [D.I. 962; filed September 11, 2018]

   iii. Joinder of the Bank of New York Mellon Trust Company, N.A., Acting Solely in its Capacity as Indenture Trustee and Collateral Agent for Certain 9.00% First Lien Notes and the 6.125% First Lien Notes Issued by Debtors to Debtors' Motion in Limine on Intercreditor Agreement [D.I. 963; filed September 11, 2018]

iv. Joinder of the Ad Hoc First Lien Group to (1) Debtors' Motion in Limine on Intercreditor Agreement, and (2) Joinder and Supplemental Motion in Limine on Intercreditor Agreements of Wilmington Trust, National Association, Acting Solely in its Capacity as Administrative Agent and Collateral Agent for that Certain First Lien Term Loan as to Which Debtors are Borrowers [D.I. 964; filed September 11, 2018]

v. Notice of Joinder and Supplemental Motion in Limine on Intercreditor Agreements of Wilmington Trust, National Association, Acting Solely in its Capacity as Administrative Agent and Collateral Agent for that Certain First Lien Term Loan as to Which Debtors are Borrowers [D.I. 973; filed September 12, 2018]

Status: **The parties have resolved the underlying plan objection. Accordingly, subject to confirmation of the Debtors' plan, the *motion in limine* is moot and a hearing on this matter is no longer necessary.**

4. Oaktree Capital Management, L.P.'s Motion in Limine to Preclude Testimony on Subjects Over Which the Debtors Asserted Privilege During Fact Discovery and to Preclude Objection to Testimony and Exhibits Not Objected to on the Basis of Privilege During Fact Discovery (SEALED) [D.I. 959; filed September 11, 2018]

Objection Deadline: September 14, 2018

Objections/Responses Received:

A. Debtors' Opposition to Oaktree Capital Management, L.P.'s Motion in Limine to Preclude Testimony on Subjects Over Which the Debtors Asserted Privilege During Fact Discovery and to Preclude Objection to Testimony and Exhibits Not Objected to on the Basis of Privilege During Fact Discovery [D.I. 984; filed September 14, 2018]

Related Documents:

i. Oaktree Capital Management, L.P.'s Memorandum in Support of Motion in Limine to Preclude Testimony on Subjects Over Which the Debtors Asserted Privilege During Fact Discovery and to Preclude Objection to Testimony and Exhibits Not Objected to on the Basis of Privilege During Fact Discovery (SEALED) [D.I. 960; filed September 11, 2018]

ii. Oaktree Capital Management, L.P.'s Motion in Limine to Preclude Testimony on Subjects Over Which the Debtors Asserted Privilege During Fact Discovery and to Preclude Objection to Testimony and Exhibits Not Objected to on the Basis of Privilege During Fact Discovery (REDACTED) [D.I. 966; filed September 11, 2018]

- iii. Oaktree Capital Management, L.P.'s Memorandum in Support of Motion in Limine to Preclude Testimony on Subjects Over Which the Debtors Asserted Privilege During Fact Discovery and to Preclude Objection to Testimony and Exhibits Not Objected to on the Basis of Privilege During Fact Discovery (REDACTED) [D.I. 967; filed September 12, 2018]

- iv. Notice of Hearing on Oaktree Capital Management, L.P.'s Motion in Limine to Preclude Testimony on Subjects Over Which the Debtors Asserted Privilege During Fact Discovery and to Preclude Objection to Testimony and Exhibits Not Objected to on the Basis of Privilege During Fact Discovery [D.I. 972; filed September 12, 2018]

Status: **The parties have resolved the underlying plan objection. Accordingly, subject to confirmation of the Debtors' plan, the *motion in limine* is moot and a hearing on this matter is no longer necessary.**

### III. CONTESTED MATTER:

5. Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors (SEALED) [D.I. 648; filed July 19, 2018]

    Response/Objection Deadline: August 9, 2018 at 4:00 p.m. (ET); extended to August 16, 2018 for the Debtors and the Ad Hoc First Lien Group; extended to August 17, 2018 for the Official Committee of Unsecured Creditors

    Responses/Objections Received:

    A. Debtors' Preliminary Objection to Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors [D.I. 784; filed August 16, 2018]

    B. Preliminary Objection of the Ad Hoc First Lien Group to Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors [D.I. 786; filed August 16, 2018]

    C. Statement of the Official Committee of Unsecured Creditors Regarding Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors [D.I. 788; filed August 17, 2018]

    D. Omnibus Reply in Support of Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to

Prosecute and Settle Claims on Behalf of Certain of the Debtors (SEALED) [D.I. 923; filed September 9, 2018]

Related Documents:

i. Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors (REDACTED) [D.I. 649; filed July 19, 2018]

ii. Declaration of Harrison Denman in Support of Oaktree's Standing Motion (SEALED) [D.I. 650; filed July 19, 2018]

iii. Declaration of Zachary I. Shapiro in Support of Debtors' Preliminary Objection to Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors [D.I. 787; filed August 16, 2018]

iv. Omnibus Reply in Support of Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors (REDACTED) [D.I. 924; filed September 9, 2018]

Status: **The hearing on this matter, if necessary, has been adjourned to a date to be determined.**

Dated: September 20, 2018
       Wilmington, Delaware

*/s/ Brendan J. Schlauch*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Matthew S. Barr (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*