UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :
In re                                                      :    Chapter 11
                                                           :
CLAIRE'S STORES, INC., *et al.*,                           :    Case No. 18-10584 (MFW)
                                                           :
                                  Debtors.¹                :    (Jointly Administered)
                                                           :
---------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 14, 2018 AT 10:30 A.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD,
THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.     RESOLVED/ADJOURNED MATTERS:**

1. Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors (SEALED) [D.I. 648; filed July 19, 2018]

   Response/Objection Deadline:    August 9, 2018 at 4:00 p.m. (ET); extended to August 16, 2018 for the Debtors and the Ad Hoc First Lien Group; extended to August 17, 2018 for the Official Committee of Unsecured Creditors

   Responses/Objections Received:

   A.  Debtors' Preliminary Objection to Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors [D.I. 784; filed August 16, 2018]

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Claire's Inc. (6919); Claire's Stores, Inc. (0416); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Puerto Rico Corp. (6113); and CSI Canada LLC. The Reorganized Debtors' corporate headquarters and service address is 2400 West Central Road, Hoffman Estates, Illinois 60192.

B. Preliminary Objection of the Ad Hoc First Lien Group to Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors [D.I. 786; filed August 16, 2018]

C. Statement of the Official Committee of Unsecured Creditors Regarding Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors [D.I. 788; filed August 17, 2018]

D. Omnibus Reply in Support of Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors (SEALED) [D.I. 923; filed September 9, 2018]

Related Documents:

i. Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors (REDACTED) [D.I. 649; filed July 19, 2018]

ii. Declaration of Harrison Denman in Support of Oaktree's Standing Motion (SEALED) [D.I. 650; filed July 19, 2018]

iii. Declaration of Zachary I. Shapiro in Support of Debtors' Preliminary Objection to Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors [D.I. 787; filed August 16, 2018]

iv. Omnibus Reply in Support of Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors (REDACTED) [D.I. 924; filed September 9, 2018]

Status: The Plan became effective and was substantially consummated on October 12, 2018. Accordingly, a hearing on this matter is no longer necessary.

2. Motion to File Under Seal an Unredacted Version of (I) Motion of Oaktree Capital Management, L.P. for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of Certain of the Debtors and (II) a Declaration in Support Thereof [D.I. 651; filed July 19, 2018]

Response/Objection Deadline: August 9, 2018 at 4:00 p.m. (ET)

Responses/Objections Received: None

Related Documents:

i. Motion of Oaktree Capital Management, L.P for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on behalf of Certain of the Debtors (SEALED) [D.I. 648; filed July 19, 2018] *(see agenda item #1)*

ii. Motion of Oaktree Capital Management, L.P for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on behalf of Certain of the Debtors (REDACTED) [D.I. 649; filed July 19, 2018] *(see agenda item #1i)*

iii. Declaration of Harrison Denman in Support of Oaktree's Standing Motion (SEALED) [D.I. 650; filed July 19, 2018] *(see agenda item #1ii)*

Status: The Plan became effective and was substantially consummated on October 12, 2018. Accordingly, a hearing on this matter is no longer necessary.

3. Cure Objections Relating to Third Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates

   Cure Objection Deadline: September 10, 2018 at 4:00 p.m. (ET); extended for certain parties

   Cure Objections Received:

   A. Objection of IREIT Flowood Dogwood, L.L.C. and Yuma Palms LeaseCo. L.L.C. to Cure Amounts Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtors Affiliates [D.I. 831; filed August 30, 2018]

   Status: The hearing on this matter is adjourned to a date to be determined.

   B. Objection of 3503 RP Waco Central Limited Partnership, RPAI Mansfield Limited Partnership and RPAI Oswego Gerry Centennial, L.L.C. to Cure Amounts Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 832; filed August 30, 2018]

   Status: The hearing on this matter is adjourned to a date to be determined.

   C. Objection of BRE RC Las Palmas MP TX LP and Excel Monte Vista LP to Cure Amounts Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 837; filed August 31, 2018]

   Status: The hearing on this matter is adjourned to a date to be determined.

3

D. CDL & Associates Management, Inc.'s Limited Objection to Debtor's Stated Cure Amounts [D.I. 840; filed August 31, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

E. MP Shops at Highland Village, LLC's Objection to Debtors' Proposed Cure Amount [D.I. 841; filed August 31, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

F. Limited Objection of QKC Maui Owner, LLC to Modified Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 860; filed September 4, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

G. Objection by Westfield, LLC and Affiliates to Proposed Cure Amounts as Proposed in Second Plan Supplement [D.I. 862; filed September 4, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

H. The Taubman Landlords' Cure Claim Objection [D.I. 863; filed September 4, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

I. Objection of Aspen GRF2, LLC to Cure Amount Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 868; filed September 4, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

J. Amended Objection of Aspen GRF2, LLC to Cure Amount Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 870; filed September 4, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

K. Objection by Brooks Shopping Centers, LLC to Cure Amount as Proposed in Second Plan Supplement [D.I. 884; filed September 5, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

L. Limited Objection of Aronov Realty Management, Brixmor Property Group, Inc., Centennial Real Estate Company, LLC, CenterCal Properties, LLC, Dallas Galleria Investors, LLC, Deutsche Asset & Wealth Management, Durango Mall LLC, Federal Realty Investment Trust,

Gallatin Mall Group, LLC, Gemini Rosemont Corporation, GEM Realty Capital, Inc., GS Pacific ER LLC, KRE Broadway Mall Owner, LLC, KRE Colonie Owner, LLC, North Park Mall Limited Partnership, Pappas Laguna No. 2 LP, Passco Companies, LLC, PGIM Real Estate, Poag Shopping Centers, LLC, Starwood Retail Partners LLC, ST Mall Owner LLC, The Forbes Company, The Macerich Company, Valley Square Owner, LLC, Vintage Real Estate LLC, Waxahachie TC Partners, Ltd., WBCMT 2007-C33 Independence Center LLC, Weitzman, White Plains Galleria Limited Partnership, and YTC Mall Owner, LLC to the Modified Second Amended Joint Chapter 11 Plan of Reorganization of Claires Stores, Inc. and its Debtor Affiliates [D.I. 885; filed September 5, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

M. Objection of Aronov Realty Management, Brixmor Property Group, Inc., Centennial Real Estate Company, LLC, CenterCal Properties, LLC, Dallas Galleria Investors, LLC, Deutsche Asset & Wealth Management, Durango Mall LLC, Federal Realty Investment Trust, Gallatin Mall Group, LLC, Gemini Rosemont Corporation, GEM Realty Capital, Inc., GS Pacific ER LLC, KRE Broadway Mall Owner, LLC, KRE Colonie Owner, LLC, North Park Mall Limited Partnership, Pappas Laguna No. 2 LP, Passco Companies, LLC, PGIM Real Estate, Poag Shopping Centers, LLC, Starwood Retail Partners LLC, ST Mall Owner LLC, The Forbes Company, The Macerich Company, Valley Square Owner, LLC, Vintage Real Estate LLC, Waxahachie TC Partners, Ltd., WBCMT 2007-C33 Independence Center LLC, Weitzman, White Plains Galleria Limited Partnership, and YTC Mall Owner, LLC to Debtors' Proposed Cure Amounts Set Forth in the Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claires Stores, Inc. and its Debtor Affiliates [D.I. 886; filed September 5, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

N. SFI Ford City - Chicago LLC's Limited Objection to Cure Amount Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 887; filed September 5, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

O. Limited Objection of Weingarten Realty Investors to the Modified Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 889; filed September 5, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

P. Limited Objection to DOTRS Limited Liability Company to Treatment of its Claim as Set Forth in Notice of Filing of Second Plan Supplement to

5

Second Amended Joint Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 895; filed September 5, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

Q. Objection of Plaza las Americas, Inc. and Plaza del Caribe SE to Cure Amounts Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 896; filed September 5, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

R. Amended Objection of Plaza las Americas, Inc. and Plaza del Caribe SE to Cure Amounts Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 913; filed September 7, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

S. Limited Objection of Cambridgeside Galleria Associates Trust, New Westgate Mall LLC, W/S Wareham Properties LLC, Legacy Place Properties, Capital Augusta Properties LLC, Route 146 Millbury LLC, W/S/M Hingham Properties LLC, W/S Smithfield Associates, LLC, Market Street Retail South LLC, W/S Peak Canton Properties LLC, Warwick Mall L.L.C. and Berenson Freeport Associates LLC to Debtors' Proposed Cure Amounts [D.I. 918; filed September 7, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

T. Oracle's Limited Objection to and Reservation of Rights Regarding Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 920; filed September 7, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

U. Limited Objection of Hendon Golden East, LLC KDI Athens Mall, LLC, KDI Panama Mall, LLC and KDI Rivergate Mall, LLC to the Debtors' Proposed Cure Amounts [D.I. 926; filed September 10, 2018]

Status: This objection has been resolved.

V. Objection of CAPREF Burbank LLC to Proposed Cure Amount [D.I. 928; filed September 10, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

W.     Objection of Certain Landlords to Debtors' Proposed Cure Amounts [D.I. 929; filed September 10, 2018]

    <u>Status</u>: The hearing on this matter is adjourned to a date to be determined.

X.     Reservation of Rights of Washington Prime Group Inc. to the Cure Amounts Proposed in the Plan Supplement [D.I. 930; filed September 10, 2018]

    <u>Status</u>: The hearing on this matter is adjourned to a date to be determined.

Y.     Objection of CAPREF Smyrna LLC to Proposed Cure Amount [D.I. 931; filed September 10, 2018]

    <u>Status</u>: The hearing on this matter is adjourned to a date to be determined.

Z.     Limited Objection of VORH Associated, LLC, Green Oak Owner I, LLC, and Coventry III/Satterfield Helm Valley Fair LLC to Cure Amounts Set Forth in Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and to its Debtors Affiliates [D.I. 932; filed September 10, 2018]

    <u>Status</u>: The hearing on this matter is adjourned to a date to be determined.

AA.     Limited Objection of Bloomfield Holdings, LLC to Debtors' Proposed Cure Amount Set Forth in the (I) Notice of Filing of Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates and (II) Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 933; filed September 10, 2018]

    <u>Status</u>: The hearing on this matter is adjourned to a date to be determined.

BB.     Objection [of Nashville West Shopping Center, LLC] to Proposed Cure Amount [D.I. 935; filed September 10, 2018]

    <u>Status</u>: The hearing on this matter is adjourned to a date to be determined.

CC.     Objection by Oakdale Mall II, L.L.C. to Cure Amount Proposed in Second Plan Supplement to Debtors' Second Amended Joint Chapter 11 Plan of Reorganization [D.I. 945; filed September 11, 2018]

    <u>Status</u>: The hearing on this matter is adjourned to a date to be determined.

DD. Objection by Urban Edge Caguas LP and UE Bergen Mall Owner LLC to Cure Amount Proposed in Second Plan Supplement to Debtors' Second Amended Joint Chapter 11 Plan of Reorganization [D.I. 946; filed September 11, 2018]

Status: The hearing on this matter is adjourned to a date to be determined.

Related Documents:

i. Notice of Filing of Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 803; filed August 20, 2018]

ii. Notice of Filing of Second Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 819; filed August 24, 2018]

iii. Notice of Filing of Third Plan Supplement to Third Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [Docket No. 1032; filed September 21, 2018]

iv. Third Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [D.I. 1034; filed September 21, 2018] (the "**Plan**")

v. Notice of Filing of Fourth Plan Supplement to Third Amended Joint Chapter 11 Plan of Reorganization of Claire's Stores, Inc. and its Debtor Affiliates [Docket No. 1065; filed October 2, 2018]

Dated: November 9, 2018
Wilmington, Delaware

/s/ Brendan J. Schlauch
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Matthew S. Barr (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Reorganized Debtors*