## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CLAIRE'S, INC., | : | Case No. 18–10583 (MFW) |
| | : | |
| **Reorganized Debtor.** | : | |
| | : | |
| Fed. Tax Id. No. 36-4609619 | : | |

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CLAIRE'S STORES, INC., | : | Case No. 18–10584 (MFW) |
| | : | |
| **Reorganized Debtor.** | : | |
| | : | |
| Fed. Tax Id. No. 59-0940416 | : | |

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CLAIRE'S PUERTO RICO CORP., | : | Case No. 18–10585 (MFW) |
| | : | |
| **Reorganized Debtor.** | : | |
| | : | |
| Fed. Tax Id. No. 66-0496113 | : | |

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CBI DISTRIBUTING CORP., | : | Case No. 18–10586 (MFW) |
| | : | |
| **Reorganized Debtor.** | : | |
| | : | |
| Fed. Tax Id. No. 65-0135574 | : | |

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CLAIRE'S BOUTIQUES, INC., | : | Case No. 18–10587 (MFW) |
| | : | |
| **Reorganized Debtor.** | : | |
| | : | |
| Fed. Tax Id. No. 36-2025307 | : | |

------------------------------------------------------------ x

```
-------------------------------------------------- x
                                                   :    Chapter 11
CLAIRE'S CANADA CORP.,                             :
                                                   :    Case No. 18–10588 (MFW)
                     Reorganized Debtor.           :
                                                   :
Fed. Tax Id. No. 65-0447936                        :
-------------------------------------------------- x
In re                                              :    Chapter 11
                                                   :
BMS DISTRIBUTING CORP.,                            :    Case No. 18–10589 (MFW)
                                                   :
                     Reorganized Debtor.           :
                                                   :
Fed. Tax Id. No. 05-0544117                        :
-------------------------------------------------- x
In re                                              :    Chapter 11
                                                   :
CSI CANADA LLC,                                    :    Case No. 18–10590 (MFW)
                                                   :
                     Reorganized Debtor.           :
                                                   :
Fed. Tax Id. No. N/A                               :
-------------------------------------------------- x
```

## FINAL DECREE (I) CLOSING THE
## SUBSIDIARY CASES AND (II) GRANTING RELATED RELIEF

This matter coming before the Court on the Motion, dated November 27, 2018

(the "**Motion**"),[1] of Claire's Stores, Inc. and its reorganized debtor affiliates (collectively, the

"**Reorganized Debtors**" as applicable), pursuant to section 350(a) of the Bankruptcy Code,

Bankruptcy Rule 3022 and Local Rules 2002-1(f) and 3022-1, for entry of a final decree

(i) closing the Subsidiary Cases and (ii) granting related relief, all as more fully described in the

Motion; and the Court having reviewed the Motion and no objections having been filed; and the

Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334 and Article XI of the Plan, (b) this is a core proceeding pursuant to 28 U.S.C.

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

§ 157(b) and (c) notice of the Motion was sufficient under the circumstances; and the Court

having determined that the legal and factual bases set forth in the Motion establish just cause for

the relief granted herein;

### IT IS HEREBY ORDERED THAT:

1.      The Motion is **GRANTED** as set forth herein.

2.      The chapter 11 cases of Claire's Stores, Inc. (Case No. 18-10584 (MFW));

Claire's Puerto Rico Corp. (Case No. 18-10585 (MFW)); CBI Distributing Corp. (Case No. 18-

10586 (MFW)); Claire's Boutiques, Inc. (Case No. 18-10587 (MFW)); Claire's Canada Corp.

(Case No. 18-10588 (MFW)); BMS Distributing Corp. (Case No. 18-10589 (MFW)); and CSI

Canada LLC (Case No. 18-10590 (MFW)) are hereby **CLOSED**.

3.      The case of Claire's Inc. (Case No. 18–10583 (MFW)), shall remain open

pending further order of this Court and, from and after the date of entry of this order and final

decree, all motions, notices and other pleadings relating to any of the Debtors or the Reorganized

Debtors shall be filed in such case.

4.      The Clerk of this Court shall enter this order and final decree individually

on each of the dockets of the above-captioned chapter 11 cases and each of the dockets of the

Subsidiary Cases shall be marked as "Closed."

5.      The Reorganized Debtors are authorized to take all actions necessary to

effectuate the relief granted pursuant to this order and final decree in accordance with the

Motion.

6.      Entry of this order and final decree (a) is without prejudice to the rights of

the Reorganized Debtors, the GUC Oversight Administrator or any other party with requisite

standing to (i) commence, prosecute and/or resolve any claim or Cause of Action, or (ii) object to

3

claims filed against any Debtor or Reorganized Debtor; (b) is without prejudice to the rights of the Reorganized Debtors or any party in interest to reopen the Subsidiary Cases for cause; and (c) shall have no effect whatsoever on any contested or other matters pending before this Court.

7.      The Reorganized Debtors acknowledge their continuing obligations to (i) reconcile and pay Cure Claims due under section 365 of the Bankruptcy Code in connection with their assumption of certain leases, and (ii) reconcile and make distributions to creditors in accordance with the Plan.  Entry of this order and final decree is without prejudice to the rights of counterparties to leases and creditors to receive such payments.

8.      From and after the date of entry of this order and final decree, any payments made pursuant to the Plan on account of claims arising prior to the Effective Date shall be reflected in Claire's Parent's post-confirmation quarterly reports regardless of which Debtor or Reorganized Debtor such claims are against.

9.      Following entry of this order and final decree, the caption for Case No. 18–10583 (MFW) shall read as follows:

| | |
|---|---|
| **In re** | : **Chapter 11** |
| | : |
| **Claire's Inc.,** [1] | : **Case No. 18-10583 (MFW)** |
| | : |
| **Reorganized Debtor.** | : |
| | : |

---

[1]      The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, as applicable, are Claire's Inc. (9619) ("**Claire's Parent**"); Claire's Stores, Inc. (0416); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Puerto Rico Corp. (6113); and CSI Canada LLC.  On December [__], 2018, the Court entered a final decree closing each of the chapter 11 cases other than Claire's Parent's chapter 11 case.  Commencing on December [__], 2018, all motions, notices and other pleadings relating to any of the Reorganized Debtors shall be filed in Claire's Parent's chapter 11 case.  The Reorganized Debtors' corporate headquarters and service address is 2400 West Central Road, Hoffman Estates, Illinois 60192

4

10.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement or interpretation of this order.

**Dated: December 18th, 2018**
**Wilmington, Delaware**

5

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**